# TRAVIS BAILEY

## Date: December 13, 2022

## Case: Larry Coston vs Norfolk Southern Railway Company



**Metro Atlanta Reporters, Inc.**
Phone: 770.985.2344
Fax:770.985.5044
Internet:metroatlantareporters.com

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LARRY COSTON,                          )
                                       )
          Plaintiff,                   )
                                       )
vs.                                    )          Civil Action File No.
                                       )
NORFOLK SOUTHERN RAILWAY               )          1:22-cv-01304-SEG
COMPANY,                               )
                                       )
          Defendant.                   )
                                       )

**CERTIFIED TRANSCRIPT**

- - -

        The videotaped deposition of TRAVIS BAILEY, taken

pursuant to the stipulations contained herein; all

formalities waived; the reading and signing of the deposition

reserved; before Patrice Graper, CCR, CVR; taken on Tuesday,

December 13, 2022, via videoconference; commencing at 10:00

a.m.

Page 2

APPEARANCES

ON BEHALF OF THE PLAINTIFF:

TRENT S. SHUPING

WARSHAUER WOODWARD ATKINS, LLC

2740 Bert Adams Road

Atlanta, Georgia 30339

404-892-4900

tss@warlawgroup.com

ON BEHALF OF THE DEFENDANT:

ROBERT S. HAWKINS, Esq.

COZEN O'CONNOR

1650 Market Street

Suite 2800

Philadelphia, Pennsylvania 19103

215-665-2015

rhawkins@cozen.com

---

Page 3

INDEX

                                    Pages:

Cross-Examination:

    By Mr. Shuping . . . . . . . . . . . . 4-93

Direct Examination:

    By Mr. Hawkins . . . . . . . . . . . 94-95

                EXHIBITS

Plaintiff's

Exhibit No.        Description        Page

    EX 1           Audio Recording        77

                (Retained by counsel)

---

Page 4

1    P R O C E E D I N G S
2              10:02 a.m.
3        (Whereupon, the court reporter complied with
4    the requirements of O.C.G.A. §9-11-28(d).)
5        (Whereupon, all parties have agreed to waive
6    9-11-30(b)(4), therefore, the swearing of the
7    witness is remote and taken down via Zoom.)
8        MR. SHUPING:  We'll start, Mr. Bailey, by
9    giving you an oath.
10        (Witness sworn.)
11        MR. SHUPING:  All right, this will be the
12    deposition of Travis Bailey, taken pursuant to
13    Notice and agreement of counsel for all purposes
14    allowed under the Rules and law.
15   Whereupon,
16              TRAVIS BAILEY,
17   was called as a witness herein and, having been first
18   duly sworn, was examined and deposed as follows:
19              CROSS-EXAMINATION
20   BY MR. SHUPING:
21    Q  Tell us your name, sir.
22    A  Travis Bailey.
23    Q  Mr. Bailey, where are you today?
24    A  I'm in Charleston, South Carolina.
25    Q  Okay.  Are you at a lawyer's office or in

---

Page 5

1    the railroad office?
2    A  No, I'm at a lawyer's office here.
3    Q  Okay.  Tell us your professional address.
4    A  2200 Rich Street, that's North Charleston,
5    29405.
6    Q  And tell us the zip code for your personal
7    address.
8    A
9    Q  All right.  Before you came to testify
10   today, I would guess most likely you met with some
11   lawyers, one lawyer at least, or talked to them by
12   telephone or otherwise and maybe looked at some
13   documents; is that fair?
14    A  Yes.
15    Q  So I don't wanna know what you talked about
16   with Norfolk Southern's lawyer, but it -- it might be
17   helpful to us today if I have a sense of what
18   documents or, you know, audio recordings or anything
19   like that you might have reviewed before you came to
20   testify today.
21    A  Basically just the transcript of the
22   investigation and the exhibits that were submitted.
23    Q  Did you listen to the audio with the
24   dispatcher?
25    A  I did not.

Travis Bailey                                        12/13/2022

Page 6

1    Q  Okay.  Well, Mr. Bailey, I know you've been
2  deposed before because I believe I've deposed you at
3  least once.  Today's will proceed pretty much like
4  that deposition as well as any others that you've
5  done.  If you wanna take a break at any time, just
6  let us know; we can do that.  I'll ask you questions.
7  I'll try not to talk over you.  If I cut you off,
8  please let me know.  If I follow up with you and say
9  "Is that a yes or a no?" I'm not trying to, you know,
10  be difficult or give you a hard time, I'm just trying
11  to make sure we get a clear transcript.
12    If I ask a question that, for whatever reason,
13  doesn't make sense, you don't understand what I'm
14  asking, it's just a bad question, let me know and
15  I'll try and ask a better question or -- or get on
16  the same page with you.  And as you can see, we've
17  got two lawyers and a court reporter.  The only thing
18  missing today is a judge.  And so Norfolk Southern's
19  lawyer may say "I object" periodically, but unless he
20  tells you to -- he -- he's just doing that so that if
21  we wanna argue about it later in front of a judge, we
22  can.  But your job, unless he tells you not to answer
23  a question, is to go ahead and, you know, tune out
24  the objection and answer the question as best you
25  can.  Does that make sense?

Page 7

1    A  Yes.
2    Q  How are you employed, Mr. Bailey?
3    A  Sorry, say that one more time.
4    Q  Sure.  Tell us how you're employed.
5    A  How I'm employed?
6    Q  Yes, sir.  What's your current job?
7    A  Oh, oh, I'm sorry.  I'm the senior road
8  manager for the Charleston terminal.
9    Q  How long have you been in that position?
10    A  One year.
11    Q  And I'm guessing that I would have asked you
12  about your history with the railroad the last time I
13  spoke with you, so I assume nothing has changed
14  there, fair?
15    A  Yeah.  That's fair, sir, yes.
16    Q  Okay.  Well, I won't make you go through all
17  of that again, then.  As you know, I represent a
18  fellow named Larry Coston in this case.  Obviously
19  you know who Larry is now.  We're here today -- this
20  case kind of dates back to about November of 2020 and
21  one trip he took between Inman Yard and Austell,
22  Georgia.  Prior to November of 2020, did you know Mr.
23  Coston?
24    A  I did not.
25    Q  What does a senior road manager -- well, let

Page 8

1  me back up a little bit.  Let me make sure I get your
2  -- all right, and going back to November of 2020, if
3  I'm correct, you were the senior road manager of
4  engines out of Greenville.
5    A  Yes.
6    Q  Okay.  And what does a senior road manager
7  of engineers do at Norfolk Southern?
8    A  They monitor all locomotive engineers, you
9  know, as far as their annual monitoring and
10  certification purposes; conducting a rules class for
11  certification for conductors, remote control
12  operators; and also doing, you know, piloting and
13  event recorder review.
14    Q  What does an engineer do?
15    A  Operate a locomotive.
16    Q  How about a conductor?
17    A  They are -- they're there for, you know, any
18  type of set off work events.  They actually direct
19  the locomotive engineer in, like, yard scenarios as
20  far as coupling and uncoupling.  They're kind of the
21  guy on the ground.
22    Q  Okay.  How about a train dispatcher?
23    A  They dispatch the -- the trains through the
24  UTCS system.
25    Q  Okay.  What's the UTCS system?

Page 9

1    A  How they -- just the lining of the signals
2  and switches.  What the dispatcher uses to line up
3  trains.
4    Q  Okay.  Is it fair to think of the train
5  dispatcher as sort of like the air traffic
6  controller?
7    A  Yes, that's fair.
8    Q  And the train dispatcher tells the trains
9  essentially what to do, where to go, and when?
10    MR. HAWKINS:  Objection to the form.  You
11  can answer.
12  BY THE WITNESS:  (Resuming)
13    A  Yes.  They just line the route for the
14  train, yes.
15    Q  Now, a dispatcher needs to be qualified on
16  the district that they're dispatching on, correct?
17    A  Honestly, I don't know much about the
18  dispatchers and how they're qualified.  I -- I don't
19  know.
20    Q  Okay.  Now, as the senior road manager for
21  engineers, you supervise both conductors and
22  engineers, correct?
23    A  Correct.
24    Q  But is it fair to say that -- that you have
25  a particular focus on engineers?

Travis Bailey                                                    12/13/2022

1      MR. HAWKINS: Objection to the form.
2  BY THE WITNESS: (Resuming)
3      A  Yes, that's fair.
4      MR. HAWKINS: For the court reporter, I just
5   wanna make sure you can hear my objections.
6      THE COURT REPORTER: Yes, sir.
7      MR. HAWKINS: Okay. Great. And I'll --
8   I'll try to speak more quickly 'cause I know the
9   -- the witness and the -- and counsel are
10   speaking quickly. Go ahead.
11  BY MR. SHUPING: (Resuming)
12     Q  How many -- as a senior -- you were the
13  senior road manager for Greenville. If we go back to
14  2020, how many other supervisors reported to you?
15     A  Zero.
16     Q  Okay. And how many engineers were you
17  responsible for supervising?
18     A  Roughly about 85 to 90.
19     Q  Mr. Bailey, if an engineer doesn't feel safe
20  operating a train, should they do so?
21     MR. HAWKINS: Objection to the form of the
22   question.
23  BY THE WITNESS: (Resuming)
24     A  I don't really understand, sir.
25     Q  Sure. Let me see if I can ask that another

1   way. Do you believe that a Norfolk Southern engineer
2   should not run a train if they don't feel that it's
3   safe for them to do so?
4      MR. HAWKINS: Objection to the form of the
5    question.
6      MR. SHUPING: Bob, what's your objection?
7      MR. HAWKINS: It's hypothetical and the
8    question is improper.
9      MR. SHUPING: That's -- that's not a real
10    objection.
11     MR. HAWKINS: It is and I object -- I object
12    to the form of the question.
13     MR. SHUPING: You can't object to every
14    question, Bob. We're -- we're not gonna go
15    through this. I'll file a motion --
16     MR. HAWKINS: You can file whatever motion
17    you want.
18     MR. SHUPING: Okay.
19  BY MR. SHUPING: (Resuming)
20     Q  The question is, Mr. Bailey, As a supervisor
21  of engineers at Norfolk Southern, do you believe that
22  an engineer should not run a train if the engineer
23  does not think that it is safe for them to do so?
24     MR. HAWKINS: Same objection to the form of
25    the question. You can answer.

1  BY THE WITNESS: (Resuming)
2      A  Well, I mean, it's kind of not that -- that
3   -- that black and white. If an engineer takes an
4   issue with some kind of conditions or -- or, you
5   know, the safety of operating the train, there are
6   protocols for which they need to follow, not just not
7   do it. I mean, there's -- there's steps they have to
8   take.
9      Q  At the end of the day, should an engineer
10  operate a train if they do not feel it is safe for
11  them to do so?
12     MR. HAWKINS: Same question. Asked and
13    answered. I object to the form of the question.
14  BY THE WITNESS: (Resuming)
15     A  Again, it's -- things have to be reported,
16  reviewed, and then, you know, steps taken to
17  ascertain. You just can't not -- not do it. I --
18  that's the best I got. I don't understand.
19     Q  Sure. Should an engineer run a train at a
20  speed that the engineer does not feel safe for them
21  to operate a train at?
22     MR. HAWKINS: Same objection. You can
23    answer.
24  BY THE WITNESS: (Resuming)
25     A  Yeah. If he's a certified locomotive

1   engineer and qualified on the territory specifics,
2   there's no reason why he shouldn't operate at that
3   speed.
4      Q  Even if -- even if the engineer does not
5   feel that it's safe for them to do so?
6      MR. HAWKINS: Same objection. You can
7    answer.
8  BY THE WITNESS: (Resuming)
9      A  Yes. I mean, you're certified and, like I
10  said, there's -- there's steps to take for that.
11     Q  When you say "steps to take for that," tell
12  me what you mean by that.
13     A  So just specific to your question, a speed -
14  - so if an engineer doesn't feel comfortable with
15  operating at a speed, pilots can be called to operate
16  that train at that speed with someone else.
17     Q  Okay. So if an engineer doesn't feel safe
18  operating a train at full track speed, pilots can be
19  called?
20     A  Correct.
21     Q  Okay. Who would the engineer ask to get a
22  pilot?
23     A  Well, I mean, it depends on, you know, the
24  situation, where they're at. I mean, typically it'd
25  be the dispatcher, let them know if you needed a

Travis Bailey                                                    12/13/2022

Page 14

1  pilot.
2      Q   Okay.  Let's say the dispatcher tells them
3  that they're not going to get a pilot, would you
4  expect a locomotive engineer to run a train at a
5  speed which the engineer does not feel that it's safe
6  for them to operate at?
7          MR. HAWKINS:  I object to the form of the
8      question.  It's compound and hypothetical.
9  BY MR. SHUPING:  (Resuming)
10     Q   You can answer.
11     A   Well, if the dispatcher told them they're
12  not gonna -- there has to be a reason why they would
13  say they wouldn't get a pilot.  I mean, they just
14  wouldn't arbitrarily say no, you don't get one.  Go.
15  That's -- that doesn't happen.  There's -– there's
16  some kind of reason behind it.  Either, you know, the
17  engineer's already qualified and they're just not
18  wanting to do it or something along those lines.  But
19  they -- arbitrarily, no, they won't just say, You
20  don't get one.
21     Q   Well, for whatever reason, let's assume the
22  engineer asked for a pilot and he doesn't get one, at
23  the end of the day, if the engineer doesn't feel safe
24  operating the train at a certain speed, do you agree
25  that it would be best for the engineer not to -- to

Page 15

1  do that?
2          MR. HAWKINS:  I object to the form of the
3      question.  Compound.  Hypothetical.
4  BY THE WITNESS:  (Resuming)
5      A   So is there any more detail?  I -- I --
6  'cause it's kind of a vague -- I mean, this could
7  apply to numerous situations.  I don't really -- I
8  don't really --
9      Q   Sure.  Well --
10     A   -- understand.
11     Q   And that's --
12     A   I don't know how to answer it 'cause there's
13  so many other avenues for, you know -- as me, being
14  an engineer, there's so many avenues for this.  I --
15  I don't even have an answer.
16     Q   Sure.  And it's -- it is a broad question.
17     A   Yeah.
18     Q   For whatever reason, let's say the engineer
19  didn't get enough sleep, maybe the engineer, for
20  whatever reason, is having some sort of panic attack,
21  maybe it's something unrelated to railroading going
22  on in their life, maybe it's -- it's whatever reason.
23  But the question is, Should an engineer operate a
24  train at a speed if that engineer doesn't feel that
25  it's safe for them to do so?

Page 16

1          MR. HAWKINS:  Same objection.  Compound in
2      several respects.  Hypothetical.  You can
3      answer.
4  BY THE WITNESS:  (Resuming)
5      A   You know, I'm -- I'm gonna have to think.
6  I'm gonna have to say yeah, they should operate at a
7  speed even though they may not feel a little
8  comfortable.  Especially with the technology we have
9  available to engineers today, with auto control and
10  full-on PTC, there's no really reason why you -- you
11  should not be able to operate at track speed.  I
12  mean, there's so many tools available to them today
13  that weren't, and it's -- it's a lot -- a lot better
14  and safer than it was.
15     Q   Okay.  Well, tell me about these tools.
16         MR. HAWKINS:  Objection to the form of the
17     question.
18  BY MR. SHUPING:  (Resuming)
19     Q   Tell us about these -- the tools that you're
20  speaking of.
21     A   Which tools, sir?
22     Q   Let's see, I believe -- and correct me if
23  I'm wrong.  I don't wanna cut you off.  Did you --
24  which ones did you mention?  The --
25     A   Auto control and PTC.

Page 17

1      Q   Okay.  Well, tell me about the PTC.
2      A   Okay.  PTC, that is Positive Train Control.
3  It is essentially a electronic track chart.  I mean,
4  it shows elevation, curvature, undulation of track,
5  locations of signals, locations of crossings.  It can
6  display signal indication of signals ahead of you.
7  It shows maximum speed.  It shows speeds of turnouts.
8  It's essentially a form of protection, you know, to
9  prevent certain incidents and accidents from
10  happening.
11     Q   Does Norfolk Southern track PTC failures?
12     A   I don't know.
13     Q   Okay.  Are you aware if Norfolk Southern has
14  ever tracked PTC failures?
15     A   I don't know.
16     Q   Who at Norfolk Southern would you talk to if
17  you were curious to find out about that?
18     A   Honestly, I wouldn't have any idea who would
19  even -- I have no idea.  I've never -- it's never
20  come up.
21     Q   Do you have a sense of whether the PTC
22  system ever does fail?
23     A   I haven't witnessed it myself.
24         MR. HAWKINS:  Objection to the foundation.
25     You can answer.

Travis Bailey                                          12/13/2022

Page 18

1  BY MR. SHUPING:  (Resuming)
2      Q   Your testimony is you've never witnessed a
3  failure or malfunction of the PTC system?
4      A   I have not witnessed it, no, sir.
5      Q   Well, tell us about auto control, what you
6  called auto control.  What is that?
7      A   That is a fuel-saving technology that's
8  integrated onto the locomotives.  It -- it runs the
9  trains.  So from 12 miles an hour up, you would
10 engage auto control, and it would operate the train
11 according to switch speeds, signal indication,
12 timetable speed, along those lines.  So the engineer
13 would essentially just monitor it while it ran the
14 train for them.
15     Q   What is the responsibility of a locomotive
16 engineer operating a train with the auto control and
17 the PTC engaged?
18     A   They are to engage the auto control and run
19 it when available.
20     Q   Is the engineer responsible for making sure
21 that the train stays within the speed limit or any
22 speed restrictions for the track?
23     A   Yes.  They would monitor the system.
24     Q   If the system runs the train outside of the
25 speed limits or speed -- any speed restrictions on

Page 19

1  the track, who is ultimately responsible for that?
2      MR. HAWKINS:  Objection to the form of the
3      question.  Compound and makes an assumption
4      that's not established.  You can answer.
5  BY THE WITNESS:  (Resuming)
6      A   The -- the engineer would take control back
7  to -- any event that happened, they would take back
8  control and reduce speed.
9      Q   When you say "the engineer would take back
10 control," what -- what would that involve?
11     A   Well, TO would be matching -- what we call
12 "matching the handles."
13     Q   I'm sorry, did you say TO?
14     A   Yeah, Trip Optimizer.  That's the auto
15 control.
16     Q   Okay.  And I'm -- I'm sorry.  Help me -- you
17 know, help me understand as someone who doesn't --
18 what do you mean when you say TO would be -- I'm
19 sorry, I think you said touching the handles.
20     A   Well, you would match the handles.  So when
21 auto control's engaged, you know, on the control
22 stand of the locomotive, there are handles.  You have
23 a throttle handle and a dynamic brake handle.
24 Depending on what the auto control is doing at that
25 time, say, it's running in dynamic brake and you go

Page 20

1  to take it back, you would move the dynamic brake
2  handle to the number that it's using and just
3  disengage.
4      Q   So if the train was going a speed that was
5  not appropriate, the engineer would have to
6  essentially take the -- take over control from the
7  auto control system?
8      A   Yes.
9      MR. HAWKINS:  Objection to the form.  You
10     can answer.
11 BY MR. SHUPING:  (Resuming)
12     Q   That's a yes?
13     A   Yes.
14     Q   Okay.  I couldn't hear you.  If the PTC
15 initiated an unwarranted, you know, brake application
16 or something like that, who would be responsible for,
17 you know, making sure that the locomotive, the train
18 stayed on the tracks and, you know, everything went
19 the way it should?
20     MR. HAWKINS:  Objection to the form of the
21     question.  You can answer.
22 BY THE WITNESS:  (Resuming)
23     A   Well, if it initiated a brake application, I
24 mean, there's really nothing anyone else could do.
25 The train would come to a stop.  I mean, as far as an

Page 21

1  engineer goes, I don't -- there's nothing he can do
2  to ensure anything stays on the railing.  The train
3  just comes to a stop.
4      Q   So if the -- like, if the PTC put the train
5  in emergency, the engineer doesn't really have any
6  responsibility other than just riding it down?
7      MR. HAWKINS:  Objection to the form.  You
8      can answer.
9  BY THE WITNESS:  (Resuming)
10     A   Well, I mean, he would just have to bail off
11 the brake, but everything else goes to auto-stop and
12 the train will come to a stop.
13     Q   Who's responsible for blowing the locomotive
14 horn at railroad crossings when the auto control PTC
15 are engaged?
16     MR. HAWKINS:  Objection to the form.  You
17     can answer.
18 BY THE WITNESS:  (Resuming)
19     A   Well, PTC will blow the horn for them based
20 on the distance from the crossing.  I mean, it does
21 all of that automatically, but the engineer can
22 choose to blow the crossing if he so deems necessary.
23     Q   If the PTC doesn't blow the horn correctly
24 for a crossing, is the engineer ultimately
25 responsible for making sure that the horn does get

Travis Bailey                                                    12/13/2022

Page 22

1 blown correctly?
2     A   Yes.
3     Q   And why is it important and necessary to
4 blow a horn at a crossing?
5     A   It's -- most of those are public crossings.
6 I mean, there's vehicles, pedestrians, people.  Just
7 to warn the general public of an oncoming train.
8     Q   And what is the rule for horns blowing at
9 public crossings?
10        MR. HAWKINS:  Objection to the form.  You
11    can answer.
12 BY THE WITNESS:  (Resuming)
13    A   Well, it's -- the blast is two longs, a
14 short, and a long at least 20 seconds before the
15 crossing and, I believe, no more than 15 prior to
16 entering the crossing.
17    Q   I think you might've gotten those reversed.
18 Do you mean 15 -- at least 15 seconds before the
19 crossing but no more than 20?
20    A   Yeah.  At least 15 seconds but no more than
21 20 before entering the crossing.
22    Q   And, obviously, blowing the whistle at
23 crossings is done to protect the safety of the public
24 and the crew, correct?
25    A   Yeah.  More the public.

Page 23

1     Q   Well, and is it fair to say, I mean, the
2 crew obviously doesn't wanna hit anything either?
3     A   Well, yeah.  Nobody wants to hit anything,
4 but, I mean, it's more of a warning to the public so
5 they stay off the crossing so they don't get hit.
6     Q   Sure.  But you would agree there'd be a
7 danger to the crew if there was something on the
8 crossing, a tractor-trailer, something like that,
9 even just a car?
10    A   Yeah.  It's possible, yes.
11    Q   Let's talk about this day that you charged
12 Mr. Coston with disciplinary infractions.  If I'm not
13 mistaken, I believe your charge letter said it was
14 November 27, 2020, but you -- you remember this day
15 that -- that -- related to which you charged Mr.
16 Coston with some disciplinary charges?
17        MR. HAWKINS:  Objection to the form of the
18    question.
19 BY THE WITNESS:  (Resuming)
20    A   I'm -- I'm sorry, I couldn't hear you.
21    Q   That's -- that -- that --
22    A   You might have been away from the mic.
23    Q   Sure.  That may have been a little bit of a
24 clumsy question.  Let me see if I can ask this a
25 little different.  I have the date in question -- the

Page 24

1 -- the date of the events that you charged Mr. Coston
2 with disciplinary charges for, I have that as
3 November 27, 2020.  Does that sound about right to
4 your memory?
5     A   Yes.
6     Q   Okay.  And whatever it is, do you remember a
7 specific date where there were events that you
8 decided to charge Mr. Coston with disciplinary
9 charges for?
10    A   I'm not following.  Do I remember dates that
11 I chose to charge him?
12    Q   Sure.  I appreciate that.  Maybe that was a
13 little bit clums- -- clumsily-worded too, so I
14 appreciate you letting me know.  Yeah, do you
15 remember an event, essentially in November of 2020,
16 where you wound up charging Larry Coston with some
17 disciplinary charges?
18    A   Yes.  Oh, yes.  yes.
19    Q   Tell us about that -- that day.  What were
20 you doing that day?
21    A   I was piloting trains between Inman Yard and
22 Austell.
23    Q   And why were you doing that?
24    A   They had extended the pools.  Trains that
25 originally terminated at Inman Yard were now going to

Page 25

1 Austell for an additional 12 miles.  They were
2 getting crews qualified.
3     Q   Now, to serve as a pilot, what are the
4 requirements for being a pilot?
5     A   Well, to pilot both crew members, you have
6 to be dual certified as an engineer and a conductor
7 and then you also have to be qualified on the
8 territory specifics.
9     Q   So there needs to be a pilot essentially for
10 the conductor and the engineer; is that fair,
11 assuming -- well, let me back up.  Assuming that
12 neither the conductor or engineer are qualified, does
13 there need to be a pilot for both the conductor and
14 engineer?
15        MR. HAWKINS:  Object to the form of the
16    question.
17 BY THE WITNESS:  (Resuming)
18    A   No.
19    Q   Okay.  Well, maybe let -- let me help us
20 break this down, and certainly feel free to let me
21 know if the questions aren't clear; if there's an
22 easier way for you to explain it.  But let's say we
23 have a engineer and a conductor.  Now, just generally
24 speaking -- well, let's back up with this.  Before a
25 person can work as a conductor, they need to be

Travis Bailey                                                    12/13/2022

Page 26

1  baseline qualified to work as a conductor, correct?
2      MR. HAWKINS:  Objection to the form.
3  BY THE WITNESS:  (Resuming)
4      A  Yes.  Yes, sir.
5      Q  And before a person can work as an engineer,
6  they need to be sort of baseline qualified to work as
7  a locomotive engineer, correct?
8      A  Correct.
9      Q  And -- and that's just general
10 qualifications to do the job, that they've generally
11 been trained and have some level of experience doing
12 the job of a conductor or doing the job as a -- of an
13 engineer, correct?
14     A  Correct.
15     Q  Now, it's -- and maybe it's a crude
16 comparison, but is it fair to say that's sort of the
17 equivalent of having a driver's license?
18     A  Yeah.  I'd say that's fair.
19     Q  Okay.  Beyond that sort of baseline
20 qualification, then, is it true that a conductor
21 needs to be qualified to operate on the specific
22 track or territory on which they are working as a
23 conductor?
24     A  Yes.
25     Q  And same for an engineer, that beyond the

Page 27

1  baseline qualifications to work as an engineer, that
2  engineer needs to be qualified for the specific area
3  of track or territory that they're working as an
4  engineer on?
5      A  Yes.
6      Q  So sort of going back to this idea, let's
7  say we have a train crew, and a train crew generally
8  is gonna involve a -- an engineer and a conductor,
9  correct?
10     A  Correct.  Yes, sir.
11     Q  And while you may sometimes have more people
12 than that on a crew, you're always gonna have at
13 least one engineer and one conductor, correct?
14     A  Correct.
15     Q  At least for now.  So let's say you have on
16 a train a conductor and an engineer and neither one
17 of them are qualified for a piece of territory or
18 piece of track that they would like to operate over,
19 how can that -- how are they allowed to operate over
20 that track?  What is required for them to be able to
21 do so?
22     MR. HAWKINS:  Objection to the form.  You
23 can answer.
24 BY THE WITNESS:  (Resuming)
25     A  Well, first they would have to either take

Page 28

1  trips across this territory with another qualified
2  crew or have a pilot to pilot them across the terri-
3  -- territory who's qualified on the specifics.
4      Q  All right.  And so it sounded like there
5  were two options, and the first one was to take trips
6  with a qualified crew.  By that, do you mean that
7  they would essentially ride as passengers in the
8  locomotive while another crew operated the -- the
9  locomotive and train?
10     A  Yes.  That's one way to do it, yes.
11     Q  And it sounded like the second way that you
12 said was to have a pilot, correct?
13     A  Correct.
14     Q  And is the pilot for the engineer or is the
15 pilot for the conductor?  How does that work?
16     A  Well, a pilot can be for both.  The reason
17 they had a road foreman down there doing it is we're
18 dual certified.  We're conductor and engineer
19 certified.  We were all previously engineers.  So we
20 had the ability to pilot both crew members at the
21 same time.
22     Q  And what -- and when I ask you questions
23 today, if there's -- for some reason there's some
24 sort of distinction, you know, let's say, if you were
25 piloting a -- whatever, a train carrying nuclear

Page 29

1  material in the Arctic Circle, there may be different
2  rules, right, but you can assume when I ask you
3  questions about the role of a pilot, that I'm
4  speaking to -- to this area.  And if there are -- you
5  know, if there's anything unique or that may vary,
6  then please let me know.  Does that -- does that make
7  sense?
8      A  Yes.  I understand.
9      Q  Okay.  For a pilot who's, say, is operating
10 between Inman and Austell, what -- what does the
11 pilot do?
12     A  We coach the crew.  If they're not
13 qualified, we essentially go over the territory
14 specifics as far as the control points, milepost
15 locations, you know, any speeds that may affect them.
16 And the best of my knowledge of that one, it's only
17 the -- what we call turnout speeds, which are
18 different than the timetable speed.
19     Q  When you are piloting crews between Inman
20 and Austell, do you have them run at full track
21 speed?
22     A  Yes.
23     Q  Why?
24     A  Well, we had auto controls, so it would run
25 it at track speed for us.

Travis Bailey                                                    12/13/2022

Page 30

1    Q   When you pilot, generally do you have crews
2  run at full track speed, or do you have them run
3  slowly?
4    A   No.  I typically always try to do track
5  speed.
6    Q   To be a pilot, that would require you to
7  have a good amount of familiarity with the territory,
8  correct?
9    A   Correct.
10   Q   And just like anything, you can't really
11 teach somebody something you don't know yourself,
12 fair?
13      MR. HAWKINS:  Objection to the form of the
14      question.
15 BY THE WITNESS:  (Resuming)
16   A   That's fair.
17   Q   Do you believe it's important for an
18 engineer -- well, let me back up.  The trains that
19 were operating between Inman and Austell -- well, let
20 me even back up further than that.  So my
21 understanding is -- is that, essentially, there were
22 Norfolk Southern employees like Mr. Coston who had
23 been qualified on a territory that generally ran
24 between Atlanta and Greenville, South Carolina; is
25 that correct?

Page 31

1    A   Yes, yes.
2    Q   But that had not been qualified on a section
3  of track that ran between Inman Yard in Atlanta and a
4  yard in Austell, Georgia, correct?
5    A   Yes.  That's correct.
6    Q   And so there was a certain number of
7  employees who were in this situation where they were
8  qualified on large stretches of this territory but
9  then had to learn this new -- new part of the
10 territory, correct?
11   A   Correct.
12   Q   And it was -- I believe it was roughly 12
13 miles.
14   A   Yes, sir.
15   Q   Is it important for an engineer with -- you
16 know, the baseline qualified engineer, is it
17 important for that engineer to receive qualifying
18 trips on a new territory?
19   A   Yes.
20   Q   Why?
21   A   To be familiar with it.  You know, he's
22 already a -- they're already certified engineers, so
23 as far as running trains and the -- the nuances that
24 go with that, I mean they're good.  They just need
25 the -- just the territory specifics really.

Page 32

1    Q   So even with the auto control, even with the
2  PTC, you would agree that a locomotive engineer would
3  need some number of qualifying trips on a new
4  territory before it's safe for them to run it?
5      MR. HAWKINS:  Objection to the form of the
6      question, but you can answer.
7  BY THE WITNESS:  (Resuming)
8    A   Yes.
9    Q   If we go back to November 2020, where was
10 your, you know, main office location at that time?
11   A   Greenville, South Carolina.
12   Q   And was your home in the Greenville area or
13 thereabouts?
14   A   Yes.
15   Q   And you said that on the day in question,
16 which would be November 27th of 2020, you were
17 piloting trains between Inman and Austell.  How many
18 days had you been engaged in -- in that sort of job,
19 if you will, piloting trains back and forth?
20   A   I was there for -- I think I did two weeks.
21 But I think at that time I'd been there for about a
22 week.  I think I was on a week, working on my second
23 week.
24   Q   I take it that's when this new stretch of
25 territory was added, that -- well, let me try to ask

Page 33

1  this better.  When -- when the decision was made that
2  engineers like Mr. Coston would have these 12 miles
3  added to their territory, who all was involved in,
4  you know, organizing that change and trying to take
5  the steps to make sure everyone could get qualified
6  and so forth?
7      MR. HAWKINS:  Objection to the form.  You
8      can answer.
9  BY THE WITNESS:  (Resuming)
10   A   Now, that I don't know.  I was just called
11 to pilot.
12   Q   Who told you to go down and pilot?
13   A   That would be my boss.
14   Q   Who was that?
15   A   Richard Brown.
16   Q   And what was Mr. Brown's position at that
17 time?
18   A   He was the Southern Region road foreman.
19   Q   Was he the one that you were -- who would
20 you report, you know, whatever you did that day?  Who
21 were you talking to about this project to work as a
22 pilot?
23   A   I don't understand.  We didn't really
24 report.  I mean, we -- there was only two trains that
25 we piloted.  We didn't really report any progress.

Travis Bailey                                                    12/13/2022

Page 34

1  It was just one train there and one train back a day
2  is all that ran. I don't really understand. I
3  don't, like, really -- I guess I don't understand the
4  question.
5     Q  Okay. Well, thank you. So Mr. Brown is the
6  one who told you that you needed to go spend some
7  time in Georgia piloting trains between Inman and
8  Austell?
9     A  Yes.
10    Q  Okay. And what -- what did he task you with
11 doing? Did -- I mean, did he just say go down there
12 and pilot trains back and forth, or did he tell you a
13 bigger picture of what, you know, what overall he
14 hoped to achieve?
15    A  Yes, so we were assigned in blocks. I
16 believe we were doing two-week rotations. You know,
17 they had the 237, 238, which were the two trains that
18 run from in between Inman and Austell. They were
19 running those trains right into the Inman port from -
20 - from Atlanta, and they were gonna get the guys in
21 the pool qualified. So we were down there just to
22 pilot them back and forth for those trains
23 essentially getting everyone their trips in in the
24 pool.
25    Q  Now, when you say "the pool," the -- "the

Page 35

1  pool" refers to the number of employees like Mr.
2  Coston who were engineers who were, going forward,
3  gonna be asked to operate in this territory but had
4  not previously?
5     A  Yes. Engineers and conductors.
6     Q  Okay. Do you know how many engineers or
7  conductors were in that pool?
8     A  I do not.
9     Q  Okay. But your understanding was that you
10 and others would be sent down to Inman and Austell to
11 help -- act as pilots and help the employees in this
12 pool learn this new part of the territory, correct?
13    A  Yes. That's correct.
14    Q  Do you know how it was decided how many
15 qualifying trips employees would get?
16    A  I do not.
17    Q  Do you know how many -- what the decision
18 was of how many qualifying trips employees would get,
19 what the number was?
20    A  Yeah. Two -- two trips.
21    Q  And who told you that it would be two?
22    A  I believe that was Richard said, you know,
23 two trips across is all they need.
24    Q  I take it, then, you were not consulted
25 about this number of trips.

Page 36

1     A  No, sir.
2     Q  Okay. We're going back to this -- this day
3  in November. Tell me what -- you know, the -- the
4  chain of events that led to you charging Mr. Coston
5  with the disciplinary charges, tell us how that, you
6  know, first began.
7        MR. HAWKINS: Objection to form. You can
8     answer.
9  BY THE WITNESS: (Resuming)
10    A  Well, I was actually in Austell. I was
11 going to -- I was piloting a crew on the 238, which
12 was the train coming to Inman. I'd already looked at
13 the lineup. I knew who was coming on the 237, you
14 know, they showed they'd had their trips, they were
15 qualified, so I went on down to Austell. I did get a
16 call from the dispatcher who said, hey, 237, you
17 know, they need a pilot or they're requesting a pilot
18 out of Inman. I said all right. I said that'll work
19 out. I'm -- I'm on 238, I'll be coming to Inman.
20 I'll just get on their train and I'll ride back to
21 Austell, which would've, you know, benefitted me. My
22 -- my vehicle was there. So when I got to Inman, 237
23 was gone, and that kind of led up to this whole
24 thing. 'Cause I called the dispatcher like, well,
25 no, they -- they went ahead and took the train, so

Page 37

1  okay.
2     Q  So you were willing to pilot 237 to Austell?
3     A  Yes.
4     Q  Did you tell the dispatcher to have 237 wait
5  for you to get there and that you would pilot them?
6        MR. HAWKINS: Objection to the form. You
7     can answer.
8  BY THE WITNESS: (Resuming)
9     A  No. I believe the crew told her they didn't
10 wanna wait for me or they didn't "want Bailey out
11 here." So they just left.
12    Q  So what did you tell the -- the -- I wanna
13 make sure I understand this. I don't wanna get it
14 wrong. When the dispatcher told you that 237 was
15 requesting a pilot, what instruction did you give to
16 the dispatcher?
17       MR. HAWKINS: Objection to the form. You
18    can answer.
19 BY THE WITNESS: (Resuming)
20    A  I didn't give her any instruction. I just
21 said okay. I said, you know, I'm coming to Inman on
22 the 238. I'll just step across and get on 237.
23    Q  Did you tell the dispatcher that they did
24 not need a pilot?
25    A  I said they did show qualified, but I'm

Travis Bailey                                                12/13/2022

Page 38

1 still -- I mean, I was gonna ride them anyway, save
2 me a trip. I had to go back and get my car, so it
3 would've worked out.
4    Q   Did you tell the dispatcher to have them
5 call you?
6    A   I don't recall that, no.
7    Q   Okay. Now, you told us that you rode the
8 238 from Austell to Inman, correct?
9    A   Correct.
10    Q   And that you got there, you thought the 237
11 would be waiting on you but it was not?
12    A   Correct. It was, yeah, not there.
13    Q   Okay. So tell us what happens next in the
14 chain of events that lead to you charging Larry
15 Coston with a disciplinary charge.
16       MR. HAWKINS: Objection to form, but you can
17    answer.
18 BY THE WITNESS: (Resuming)
19    A   I turned my phone back on and called the
20 dispatcher and I said, Hey, 237 -- they're like,
21 well, they're -- they're gone. They -- they departed
22 from Austell. I said okay. So I got in a cab and
23 went back and got my vehicle and went back to my
24 hotel.
25    Q   All right. What happens next in the chain

Page 39

1 of events that lead to you charging Mr. Coston?
2    A   Well, it was -- I'm trying to think. It was
3 some time had passed 'cause I was actually back in my
4 hotel room, and I believe I -- I believe it was the
5 chief dispatcher called and said there was some issue
6 with 237. It was taking them extremely longer than
7 it should have been for them to go between Inman and
8 Austell. So I pulled up the event recorder tapes,
9 you know, to download the event recorder of the
10 locomotive that was on the 237, and that's kinda when
11 I noticed that, you know, it was operating between 6
12 and 8 miles an hour. You know, in PTC territory I
13 can see the -- what they're good for which would, you
14 know, indicate they had proceed signals. I mean, so
15 it was obvious they were running extremely, extremely
16 slow.
17    Q   Let's go back. Who called you to tell you
18 about this?
19    A   I'm -- I'm -- I'm pretty sure it was the
20 chief of the NOC Center, the NOC.
21    Q   What is the NOC?
22    A   It's like a dispatching center. I'm not
23 sure what it stands for, but...
24    Q   Would the chief be the chief dispatcher?
25    A   Yes.

Page 40

1    Q   Do you remember who that was, their name?
2    A   I do not.
3    Q   Okay. And what, did they indicate that any
4 sort of problem was caused by this? Why were they --
5 you know, why were they calling you? Were they
6 complaining about this? Were they just letting you
7 know?
8    A   Well, I'm -- I'm -- from what I can recall,
9 they were worried the crew was gonna outlaw, which
10 essentially would, you know, back up trains trying to
11 get in and out of Inman; try to get a crew out there.
12 They just wanted me to review to see what, if any,
13 was any issues 'cause it was taking that train
14 extremely long to get there.
15    Q   Had the chief spoken with the dispatcher who
16 was, you know, in charge of getting that train to
17 Austell?
18    A   I don't know.
19    Q   What did you have to do to get the -- the
20 data from that train?
21    A   Oh, the event recorder?
22    Q   Yeah.
23    A   I just had to download it. They're all
24 remote downloadable.
25    Q   Okay. So you can -- you can do that in your

Page 41

1 hotel room, I assume.
2    A   Yeah. Yeah, right from my laptop.
3    Q   Okay. All right, so you looked at that.
4 Tell us the next -- next thing you did in this chain
5 of events leading to you charging Mr. Coston?
6    A   Well, the next thing -- let's see here. I
7 saw -- I looked at the tapes. I noticed they were
8 going extremely slow, which, I mean -- so I wanted to
9 double check to make sure. So I pulled up the PTC
10 screen to make sure they weren't running on any less-
11 than-permissive signals. 'Cause this is all signal
12 territory, which the signals are your authori- --
13 authorization to move out there on that -- that 12
14 miles of track. So he had all good signals,
15 authorized to move, good for track speed, no engine
16 issues. I mean, the best I know that's, from what I
17 can remember, all I done. Now, as far as after that,
18 I don't remember if I ever talked to Mr. Coston or
19 not, but I may have but I don't recall.
20    Q   All right. That would make sense that you
21 would call Mr. Coston and say, hey, why were you
22 going slow, right?
23       MR. HAWKINS: Objection to the form. You
24    can answer.
25 BY THE WITNESS: (Resuming)

Travis Bailey                                                    12/13/2022

Page 42

1    A   I mean, it would make sense, but, I mean,
2  it's been over two years ago.  I can't -- I can't
3  remember that.
4    Q   Sure.  And your -- I mean, your first
5  instinct, obviously, if you're looking at this and
6  you're -- you're puzzled by it or troubled by it as a
7  supervisor, you would wanna call Mr. Coston and say,
8  hey, you know, what's going on?  Is there something I
9  don't know about or, you know, or just find out why,
10  just say, hey, why were you going slow?
11    MR. HAWKINS:  Objection to the form.  You
12    can answer.
13  BY THE WITNESS:  (Resuming)
14    A   Yeah.  I mean, absolutely, I mean, it makes
15  sense.  'Cause, you know, I'd checked to make sure,
16  you know, Coston had had all of his trips.  He was
17  not a new engineer, and this -- you know, the 12-
18  miles track between Inman and Austell is a basic run.
19  It's only 12 miles.  You know, with the PTC and auto
20  control, it -- it's a very -- as an engineer myself,
21  this is one of the easiest runs I think I've seen in
22  a while.  So I -- you know, it would make sense to
23  try to see what the issue was, if any.  I mean, I --
24  I don't know.
25    Q   All right.  When you say it's one of the

Page 43

1  easiest runs you've seen in a while, what
2  characteristics about it make this 12 miles
3  particularly easy?
4    A   It's all double track, active PTC, Trip
5  Optimizer.  It's 261 which is signaled in both
6  directions, so the signal authorizes your movement.
7  PTC shows you what your signals are.  It actually
8  looks ahead for five miles.  It's -- like I said,
9  this 12-mile run was -- it was -- it was a nice, easy
10  run.
11    Q   Well, for reference, what would be, say, a -
12  - you know, if this is one of the easier ones, what
13  would be a harder stretch of track?
14    A   A Heavy-grade territory.  Something along
15  those lines.  Heavy grade, maybe some of that non-
16  signal territory.  That's a little tougher to operate
17  in 'cause you don't have the signal.  If you have to
18  go by landmarks and mileposts and -- it's -- it's a
19  little more difficult.
20    Q   As a senior road manager of engines out of
21  Greenville, was this your territory, you know,
22  generally?
23    A   No, it was not.
24    Q   Would there have been another road manager
25  of engines who was day-to-day on a usual basis more

Page 44

1  responsible for this territory between Inman and
2  Austell in --
3    A   Yes.
4    Q   -- that time period?
5    A   Yes.
6    Q   Who would that have been?
7    A   I believe it was Jim Robinson.
8    Q   Do you have any -- well, let me back up.
9  Had this territory, this -- this area between Inman
10  and Austell, had it ever been a territory where you
11  were the day-to-day frontline supervisor?
12    A   No.
13    Q   And I guess I ask that question with some
14  qualifications, so let me ask it more broadly.  Had
15  it ever been part of a territory over which you were,
16  you know, a day-to-day supervisor?
17    A   Not day-to-day, no.
18    Q   Did you have a sense of how many, you know,
19  rule violations historically had occurred in that
20  section?
21    A   No, I don't.
22    Q   Now, when I say "rule violations," there are
23  certain -- there's essentially a lot of rules, right,
24  that govern Norfolk Southern conductors and
25  engineers?

Page 45

1    A   Yes, yes.
2    Q   And, I mean, it's fair to say it's sort of a
3  rule-based job; is that fair?
4    A   That's fair, yes.
5    Q   And so when I say "rule violations," to your
6  mind that would include things like failing to blow a
7  horn in the right pattern at a railroad crossing?
8    MR. HAWKINS:  Objection to the form.  You
9    can answer.
10  BY MR. SHUPING:  (Resuming)
11    Q   Correct?
12    A   I mean, it could be.  I mean, you would have
13  to be at that crossing, but...
14    Q   Sure.  There's -- there's a -- there's a
15  rule in Norfolk Southern's rulebook that applies to
16  conductors and engineers that sets forth, like we
17  discussed earlier, the certain, you know, amount of
18  times they're supposed to blow the horn and the
19  pattern they're supposed to blow it in at crossings,
20  correct?
21    A   Correct.  Yes.
22    Q   And a rule violation would include something
23  like a train getting past a stop signal, correct?
24    A   Correct.
25    Q   And sometimes, on the railroad, people will

Travis Bailey                                                    12/13/2022

Page 46

1  -- a stop signal, they'll refer to that as a red
2  board?
3      A   Yes.
4      Q   Okay.  So when someone says a "red board
5  violation," what -- what do they mean by that?
6      A   A stop signal violation.
7      Q   Okay.  And the stop signal sort of -- it may
8  be a little bit more complicated obviously, but sort
9  of like a traffic light for cars, the stop signal
10 essentially is a stop sign for a train?
11     MR. HAWKINS:  Objection to the form.
12 BY THE WITNESS:  (Resuming)
13     A   Yes.
14     Q   And when I say get by it, I mean it's --
15 it's -- it's very important on the railroad for the
16 train to stop before the stop signal, correct?
17     A   Correct.
18     Q   And unlike a car where, you know, there's a
19 little white lane on your car but most of us, you
20 know, sometimes will slide a little past it, you've
21 seen people do that, right?
22     A   Oh, absolutely.
23     Q   And, you know, you can do that for a number
24 of decades really and probably never get a traffic
25 ticket for it, correct?

Page 47

1      A   Yes.
2      Q   It's a -- a little bit different situation
3  on the railroad with respect to stop signals,
4  correct?
5      A   Oh, yeah.  Correct.
6      Q   I mean, with a -- with a train, if they're
7  an inch past the stop signal, that's -- that's a big
8  deal, correct?
9      MR. HAWKINS:  Objection to form.  You can
10     answer.
11 BY THE WITNESS:  (Resuming)
12     A   Oh, yeah, absolutely.
13     Q   Okay.  And the reason -- and when I say it's
14 "a big deal," it's a -- it's a terminable offense if
15 a train gets past the stop signal, correct?
16     MR. HAWKINS:  Objection to form.  You can
17     answer.
18 BY THE WITNESS:  (Resuming)
19     A   Yes.
20     Q   And it'd be a terminal offense for the
21 engineer; it'd be a terminal offense for the
22 conductor, correct?
23     MR. HAWKINS:  Same objection.  You can
24     answer.
25 BY THE WITNESS:  (Resuming)

Page 48

1      A   Correct.
2      Q   And, like I said, it doesn't matter really
3  if it's -- I mean, obviously it may matter a little
4  bit, but it doesn't really matter if it's only an
5  inch, if you're by that stop signal, that's a big
6  deal?
7      MR. HAWKINS:  Same objection.  You can
8      answer.
9  BY THE WITNESS:  (Resuming)
10     A   Correct.  Correct.
11     Q   And the -- the reason why -- the reason why
12 it's a big deal is because it's a safety issue,
13 correct?
14     A   Correct.
15     MR. HAWKINS:  Trent, is this a good time for
16     a break, five minutes?
17     MR. SHUPING:  Yeah.  Sure, we can take a
18     break.
19     MR. HAWKINS:  All right.
20     (Whereupon, there was a brief recess.)
21 BY MR. SHUPING:  (Resuming)
22     Q   Mr. Bailey, when we left off we were talking
23 about what might be -- you know, what types of rule
24 violations you might have.  Speeding is a rule
25 violation, correct?

Page 49

1      A   Yeah.  That's correct.  I was waiting.
2  They're blowing leaves and stuff right outside the
3  office.
4      Q   Oh, okay.  Well, I'm sorry.  Let me know if
5  you have any trouble hearing me.  Were you -- were
6  you able to hear that last question?
7      A   Yes.
8      Q   Okay.  Now, sort of, again, if we compare
9  driving a car to operating a locomotive for Norfolk
10 Southern, driving a car, it's not that uncommon for
11 people to exceed the speed limit by, say, five miles
12 an hour.  You've observed that, correct?
13     A   Correct.
14     Q   And it generally -- I won't say "that big of
15 deal," but in the grand scheme of things, if you go
16 and watch traffic for a while, you're gonna see a lot
17 of people that are exceeding the speed limit by about
18 five miles an hour, fair?
19     A   That's correct.
20     Q   And, now, how does that compare with being a
21 -- a locomotive engineer or conductor at Norfolk
22 Southern in -- in terms of obeying the speed limit?
23     MR. HAWKINS:  Object to the form of the
24     question.  You can answer.
25 BY THE WITNESS:  (Resuming)

Travis Bailey                                                    12/13/2022

Page 50

1    A   We expect them to run the speed limit.
2    Q   Is exceeding the speed limit for a train by
3 five miles an hour sort of, you know, common?
4    A   No.
5    Q   The speed limit for trains is -- is strictly
6 enforced, correct?
7        MR. HAWKINS:  Object to the form of the
8    question.
9 BY THE WITNESS:  (Resuming)
10   A   Correct.
11       MR. HAWKINS:  You can answer.
12 BY THE WITNESS:  (Resuming)
13   A   Correct.
14   Q   And even, you know, one mile per hour is
15 something that is gonna not be tolerated, for the
16 most part?
17       MR. HAWKINS:  Objection to the form.  You
18   can answer.
19 BY THE WITNESS:  (Resuming)
20   A   No.  That's -- that's not accurate.
21   Q   Okay.  Well, help -- help me understand, you
22 know, sort of how the speed limit works and what sort
23 of gray areas there may be or, you know, what's
24 acceptable and what's not acceptable.
25       MR. HAWKINS:  Objection to the form, but you

Page 51

1    can answer.
2 BY THE WITNESS:  (Resuming)
3    A   Well, obviously speeding is never
4 acceptable, but, I mean, there's certain scenarios.
5 We allow for what they call "splash over" when you
6 get one or two mile an hour over and the engineer is
7 taking action to reduce the speed.  There's --
8 there's nothing wrong with that.  It happens every
9 day.
10   Q   Okay.  Sure.  So you get -- a train gets a
11 little -- well, let me -- let me back up.  Is
12 controlling the speed of a locomotive a bit more
13 complicated than, say, controlling the speed of a
14 car?
15       MR. HAWKINS:  Objection to the form.  You
16   can answer.
17 BY THE WITNESS:  (Resuming)
18   A   Not necessarily.
19   Q   Okay.  Well, on a car you have a --
20 generally a gas pedal, correct, and a -- a brake
21 pedal?
22   A   Correct.
23   Q   And assuming you have an automatic
24 transmission, those two things are gonna control the
25 speed of the car, fair?

Page 52

1    A   Fair.
2    Q   On a train, what sorts of things are gonna
3 impact the speed at which a train is traveling?
4    A   Gravity, tonnage, uphill, downhill.
5    Q   And what tools does the locomotive engineer
6 have at his or her disposal to affect the speed of
7 the train?
8    A   Throttle, dynamic brake, automatic brake,
9 and gravity.  They can use ascending grades to
10 control their speed.  You don't necessarily need
11 brakes.
12   Q   To control the speed of a train, the
13 engineer is gonna need to be sort of thinking ahead
14 and using their mind and keeping all these things we
15 just talked about, you know, in the front of their
16 mind in terms of how they control that speed, fair?
17       MR. HAWKINS:  Objection to form.  You can
18   answer.
19 BY THE WITNESS:  (Resuming)
20   A   Fair.
21   Q   Okay.  And, you know, depending on the
22 situation, there may be times as a locomotive
23 engineer where it's not simply a matter of slamming
24 on the brakes, you know, they need to -- to be
25 thinking ahead and prepare to be able to -- to make

Page 53

1 sure their train is operating at the speed they want
2 it to be, correct?
3        MR. HAWKINS:  Same objection, but you can
4    answer.
5 BY THE WITNESS:  (Resuming)
6    A   Correct.
7    Q   And you explained to us -- and I -- and I
8 appreciate you clarifying that.  You said, you know,
9 if a train gets over the speed limit by, you know, a
10 mile per hour or two and the engineer, you know, acts
11 to bring that under, that's not -- not necessarily,
12 you know, a big deal or a bad thing or something
13 they're gonna get disciplined for, correct?
14   A   That's correct.
15   Q   I assume if they were, you know -- stayed
16 that mile or two miles per hour over the speed limit
17 for some extended period of time, it might start to
18 become an issue; is that fair or true?
19   A   Yeah.  I mean, if you're consistently like -
20 - well, even maybe one or two, not so much.
21   Q   At what point does it start to -- and -- and
22 I don't wanna put words in your mouth, so can you
23 help us understand, you know, at what point it -- it
24 transfers from being, you know, a part of train
25 handling to becoming a serious issues, a more serious

Travis Bailey                                                      12/13/2022

Page 54

1 issue, and then maybe, you know, say, an extreme
2 issue?
3       MR. HAWKINS:  Object to the form of the
4    question.  You can answer.
5 BY THE WITNESS:  (Resuming)
6    A  A serious issue is five over.  Extreme would
7 be ten.
8       THE WITNESS:  Can we take a little break?
9    I'm sorry, my -- there's something going on at
10   the terminal.  Would that be --
11      MR. SHUPING:  Yeah, that's -- that's fine.
12      THE WITNESS:  Just to pause for just a
13   second?
14      MR. SHUPING:  Yeah.  I'm thinking, this
15   being Zoom, it's no big deal in my office.  Do
16   what you need to do.
17      (Whereupon, there was a brief recess.)
18 BY MR. SHUPING:  (Resuming)
19   Q  Okay, I think we were talking about
20 speeding, and you said that severe speeding on the
21 railroad would be about five miles over; extreme
22 would be about ten miles per hour over.
23   A  Yes.
24   Q  Okay.  So going -- going back to this
25 territory between Inman and Austell, do you have any

Page 55

1 sense of how many, you know, types of rule violations
2 historically occur on this territory every year?
3    A  I do not.
4    Q  Now, we talked about the red boards.  With
5 speeding, the rules about speeding are there for
6 safety reasons, correct?
7    A  Correct.
8    Q  And the -- and with respect to what the
9 speed limit might be on any particular stretch of
10 track at any particular time, most track will have a
11 particular speed limit, correct?
12   A  Correct.
13   Q  For the default speed limit, you know, under
14 op- -- you know, operable conditions or if there's no
15 issues, this is, you know, the maximum speed limit
16 that's safe for this particular stretch of track?
17   A  Yes.
18      MR. HAWKINS:  Objection to form.  You can
19   answer.
20 BY THE WITNESS:  (Resuming)
21   A  Yes.
22   Q  Okay.  Sometimes a curve will have a lower
23 speed limit than a straighter section?
24   A  Yes.
25   Q  Okay.  What's a turnout?

Page 56

1    A  It's a switch.
2    Q  Okay.  And a switch is what -- a switch is
3 sort of a mechanical feature of the track that will
4 allow a train to go from one track to another?
5    A  Yes.
6    Q  Do -- how does going over a turnout affect
7 the appropriate speed for a train, if at all?
8    A  Turnouts are usually slower than timetable
9 speed.
10   Q  What -- what other things that we haven't
11 talked about might, you know, affect the appropriate
12 speed limit for a train?
13      MR. HAWKINS:  Objection to form.  You can
14   answer.
15 BY THE WITNESS:  (Resuming)
16   A  Temporary speed restriction is the only
17 thing I can think of.
18   Q  And temporary speed restriction could be --
19 would that include, like, having a work crew out
20 there?
21   A  No, no.  A temporary speed would be like if
22 the work crew had already left and there's a
23 temporary speed over the section they were working
24 on.
25   Q  Okay.  So a temporary speed restriction

Page 57

1 would be something that was localized in some
2 particular area of the track where, for whatever
3 reason, trains need to go slow there for some amount
4 of time for -- for, you know, some period of time?
5    A  Yes.
6    Q  We were walking through the chain of events
7 that led to you charging Mr. Coston with disciplinary
8 charges, and we talked about you getting a call from
9 the chief dispatcher.  We talked about you looking at
10 the train data.  You said you don't remember whether
11 or not you spoke with Mr. Coston.  Did you speak with
12 his conductor, do you remember, or anyone else, any -
13 - any further contact with the dispatcher?
14      MR. HAWKINS:  Objection to the form of the
15   question.  You can answer.
16 BY THE WITNESS:  (Resuming)
17   A  No.  Not that I -- I definitely wouldn't
18 talk to the conductor, I wouldn't think.
19   Q  What happens -- what's the next, you know,
20 step in this chain of events after you look at the --
21 the data from the train?
22   A  Well, you know, after I pulled from the
23 train, you know, went over any permanent speed
24 restrictions, make sure wasn't nothing, you know,
25 making him run as slow as he was, then I would, you

Travis Bailey                                              12/13/2022

Page 58

1  know, try to figure it out, then, you know, I would
2  charge him with it.  Typically get language from
3  labor relations, you know, kind of telling them
4  here's what I see, here's what I think happened, you
5  know, I'm looking for some charge language to support
6  that.
7      Q   What -- when you went to labor relations to
8  -- to ask for charge language, what did you think he
9  had done wrong?
10     A   Well, just, you know, looking at the tapes,
11 you know, kind of what all was going on at that time
12 period, you know, being I was there to pilot and for
13 some reason he didn't want me to pilot him being I
14 was a supervisor, you know, and they -- there was a
15 job that was traditionally on before all this went
16 on.  They would bring the freight from Austell to
17 Inman and then, you know, gentlemen like Mr. Coston
18 in that pool would just get on at Inman and go to
19 Greenville.
20     So essentially the organization had lost some --
21 some jobs.  Some work was gone from the union at that
22 point, and they were having these guys go a little
23 farther.  Honestly, to me, this was just how I feel,
24 and I covered it with labor relations and the event
25 recorder, you know, some of the -- the evidence that

Page 59

1  I had to support it was it was more like a shot at
2  the carrier.  We were doing this on purpose just to
3  prove our point 'cause we lost our -- you know, a
4  couple of our jobs, you know, some of our union guys,
5  you know, lost some of their jobs.
6      That's the only thing I can figure out that
7  would, you know, be done like this, especially since
8  I was there on property to pilot and, you know, I was
9  going to pilot.  I was gonna ride with them even
10 though he didn't -- he didn't need one.  From what I
11 recall, he had had the trips.  So I -- I mean, that's
12 -- that's what I went to labor relations with and
13 that's how that kind of transpired.
14     Q   Did -- you told us maybe about the general
15 situation.  Did you have any particular reason to
16 feel that Mr. Coston specifically was doing this as
17 some sort of labor protest?
18     A   Well, I mean, yeah.  I mean, if he called
19 for a pilot and he so needed one - I was headed
20 there.  I was gonna ride with them anyway - why not
21 just wait and I go with you and all this would've
22 been avoided.  But he chose not to wait.  And I think
23 he even mentioned me by name, "I don't want Bailey
24 out here," so that kind of added to that, being I was
25 a supervisor, you know, and this was a union, you

Page 60

1  know, union deal.  That kind of, you know, backed up
2  my claim a little bit, I feel.
3      Q   Okay.  Did you -- on the day this happened,
4  did you ever tell the dispatcher to have Mr. Coston
5  call you?
6      A   Not that I recall.  I mean, I'm trying to
7  think why I would want him to call me.  Maybe to tell
8  him to wait, I'm on my way or something.  I -- I
9  don't know.
10     Q   Now, if you had told the dispatcher that you
11 would pilot Mr. Coston, you would expect the
12 dispatcher to relay that message to him, correct?
13     A   Yes.
14     Q   And then, I mean, that would be part of the
15 dispatcher's job.  If you tell the dispatcher, hey,
16 I'm on my way over there, I'll pilot him in, you
17 would have expected the dispatcher to tell Mr. Coston
18 that, correct?
19     A   Yeah.  And they did.
20     Q   Okay.  Your testimony is you believe the
21 dispatcher told Mr. Coston that you were on your way
22 over to pilot?
23     A   Yes.  They actually told him I was in the
24 area to pilot, you know, as far as the voice tapes
25 went on the transcript.  And that's when Mr. Coston

Page 61

1  declined, said, "We don't want Bailey out here.
2  We'll just take the train."  So, yeah, the dispatcher
3  did tell him I was there to pilot.
4      Q   At what point did you get whatever
5  dispatcher tapes you have?
6      A   I got those -- well, I -- while I was
7  putting all this together in my hotel room, once I
8  pulled the event recorder and had the -- the voice
9  playing on the -- the system they've got that backs
10 all that up, it's recorded.
11     Q   How long does it stay recorded?
12     A   That I don't know.
13     Q   Did you listen to Mr. Coston's conversations
14 with the dispatcher?
15     A   I did.
16     Q   Did you hear Mr. Coston request a pilot?
17     A   I don't think I heard that.  I'm trying to
18 recall.  Let me think.  I believe so.  I believe I
19 did hear him as they come in to Inman, you know, you
20 could hear the dispatcher relay back to him, say,
21 "Well, Bailey's in the area.  He'll be there to pilot
22 you," and then Coston's like, "Well, no, we don't
23 want Bailey out here.  I'll just take the train."
24 But, see, I -- I heard none of that 'cause I was on
25 the train trying to get from Austell and he was in

Travis Bailey                                                    12/13/2022

Page 62

1 the terminal.
2      Q   All right, who is Scott Yancey?
3      A   I have no idea.
4      Q   Okay.  Who took Mr. Coston out of service?
5      A   I did.
6      Q   Why?
7      A   'Cause it was a, you know, blatant
8 violation.  I mean, it warranted him being taken out
9 of service.
10      Q   You said labor relations -- that you spoke
11 with labor relations telling them you were gonna
12 charge.  Did you speak with any of your supervisors?
13         MR. HAWKINS:  Objection to the form of the
14      question.  You can answer.
15 BY THE WITNESS:  (Resuming)
16      A   No.  Uh-uh (negative), I -- I wouldn't have.
17 Labor relations usually gives us the charge language.
18      Q   Did you discuss Mr. Coston's trip between
19 Inman and Austell with any of your supervisors in any
20 respect with respect to the fact that it happened or
21 the charges, or in any way, shape, or form, did you
22 discuss it with any of your supervisors? .
23         MR. HAWKINS:  Objection to the form.
24 BY THE WITNESS:  (Resuming)
25      A   Well, yeah.  I would have to notify my boss,

Page 63

1 you know, of what transpired.
2      Q   And who was your boss?  That would've been
3 Mr. Brown?
4      A   Yes.  Richard Brown.
5      Q   And tell me about your conversations with
6 him.
7      A   Oh, geez, I can't recall verbatim.  You
8 know, I more than likely would have said, hey, here's
9 what we got, here's the tapes.  I was, you know --
10 here's the voice tapes.  I listened to it.  I'll give
11 it to labor relations and get some charge language.
12 Well, go ahead with the charge.  That would be
13 typical conversation.
14      Q   Okay.  And he would've signed off on it?
15      A   Well, no.  It wasn't no really signing off
16 on it.  It was, you know, more of a letting him know.
17 'Cause labor relations, that's kind of the -- you go
18 to them with charge language, they're kind of like,
19 well, either you can or can't.  So they're more of
20 the -- they're the lawyers.
21      Q   What -- what is it you would have expected
22 Mr. Coston to do differently than what he did?
23      A   Well, I would've expected him to do his job,
24 or, you know, if it was such a big concern to him or
25 if he was so worried about his safety, wait 20

Page 64

1 minutes, I would have been there and I would've
2 piloted him.  If it was that big of a, you know,
3 concern or, you know, I'm so worried about the -– I
4 mean, I was 20 minutes away.  I was there in the
5 area.  I would not have minded at all.  So I would've
6 expected him to either wait for me or, if he chose
7 not to wait, I mean, you had other trips, you're a
8 good engineer, you've been around, run your train.
9 Do your job.
10      Q   When you say "do your job," you mean for him
11 to have run the train at full track speed between
12 Inman and Austell?
13      A   To initialize his auto control and let it
14 run the train for him at track speed.
15      Q   You said that you reviewed the transcript
16 from the discipline investigation.  When did you take
17 a look at that last?
18      A   Yesterday.
19      Q   Okay.  And did you read through at least all
20 the parts where you were speaking?
21      A   I did my best.  I tried to get through it.
22      Q   Okay.  I'll tell you what, let me see -- let
23 me back up.  Did -- did you discipline or bring
24 discipline charges against anyone else in connection
25 with this trip?

Page 65

1      A   No.
2      Q   Okay.  Not against the conductor?
3      A   No.  I don't think so.  Not to my knowledge.
4      Q   Okay.  Not against the dispatcher?
5      A   No.  They didn't do anything wrong.
6      Q   Okay.  So you took no issue with the
7 performance of the -- of the dispatcher?
8      A   No.  He did nothing wrong.
9      Q   Did the conductor do anything wrong?
10      A   Not that I recall.
11      Q   Let's take a look at the hearing transcript.
12 Can you see this on your screen?
13      A   Yes.
14      Q   Okay.  And you're familiar –-- you -- you've
15 -- let me back up.  You've served as both a hearing
16 officer and a charging officer for disciplinary
17 hearings at Norfolk Southern?
18      A   I have, yes.
19      Q   And when I refer to a discipline hearing or
20 discipline investigation, do you understand that to
21 mean the in-house procedure that Norfolk Southern
22 needs to hold pursuant to the collective bargaining
23 agreement with engineers and conductors before they
24 can assess certain kinds of discipline?
25      A   Yes.

Travis Bailey                                                    12/13/2022

Page 66

1      MR. HAWKINS:  Objection to form.
2  BY THE WITNESS:  (Resuming)
3      A   Yes.
4      Q   And -- and if we look at this, this is --
5  you recognize, obviously, the format of this being
6  the transcript that's prepared of the investigation?
7      A   Yes.
8      Q   And this would've been what you looked at
9  yesterday?
10     A   Yes.
11     Q   Okay.  Now, because we're doing this by
12  Zoom, it has some advantages and some drawbacks.
13  Obviously, you can't control this on your end, but I
14  can tell you I don't mean for this to be any kind of
15  memory quiz or in any way unfair to you, so if you
16  would like me at some point to look at some part of
17  this document or move it around in some way, please
18  let me know.  Does that make sense?
19     A   Yes.
20     Q   Okay.  If we look at page 10, it's -- it's
21  Bate -- this -- this copy of it is Bates stamped
22  "Hearing transcript," and it has the -- the date and
23  it's sequentially numbered.  And so if we look at the
24  top of page 10 with the Bates stamp here, it says
25  "Mr. Bailey."  That indicates you're speaking,

Page 67

1  correct?
2      A   Yes.
3      Q   And, you know, looking at this, you can --
4  you agree with me that is -- is -- you're the one
5  speaking there, fair?
6      A   That's fair.
7      Q   Okay.  It -- it says -- and there I have it
8  highlighted.  It says, "I did pull some Crew
9  Information sheets to see who was operating the
10  train."  You would have actually known who was
11  operating the train, correct?
12     A   As far as the 237?
13     Q   Yes.
14     A   Well, yeah.  I mean, I did pull it, but I
15  think that's also to see how many trips they'd made.
16  'Cause he showed qualified, but you always wanna
17  double check yourself.
18     Q   Okay.  Now, when you said you'd look to see
19  how many trips they'd make, how did you do that?
20     A   In his crew call screen.
21     Q   Okay.  And what information did you look
22  for?
23     A   The two trains that run between Austell and
24  Inman.
25     Q   And did -- which would be train 237 and

Page 68

1  train 238?
2      A   Yes.
3      Q   Okay.  Now, does anything on that crew call
4  information tell you, you know, about that particular
5  trip and confirm for you for sure that they actually
6  traveled over this stretch of track?
7      A   Yes.  Well, the 238 at the bottom of the
8  screen would say taxied to Austell 'cause the train
9  went on duty in Austell.  And then for the return
10  trip, 237, there's a time difference from the time
11  they arrive and the time that they would show tying
12  up.  That would be their taxi back.  Either taxi or
13  they're stealing time, which I'm assuming it's a taxi
14  ride.
15     Q   Okay.  So if Mr. Coston says that one of
16  these trips that you found, he actually did not take
17  the train, would you -- you would disagree with that
18  based on these records, or would you say, no, that
19  certainly seems like a possibility that you might've
20  actually gotten off at Inman with one of these trips.
21     MR. HAWKINS:  Objection to form, but you can
22     answer.
23  BY THE WITNESS:  (Resuming)
24     A   Well, I -- I'd have to see the -- the record
25  on it.  I -- I don't know.  I couldn't just guess.

Page 69

1      Q   Okay.  Let me see if I can pull that up for
2  us.  And -- and I went through that quickly, but
3  these are the exhibits to the -- to the hearing.  You
4  said you had reviewed these, correct?
5      A   Yes.
6      Q   Okay.  So what I'm showing you, I assume
7  looks familiar.  You can see up there it's --
8      A   Mm-hm (affirmative).
9      Q   -- marked.  It looks like the page that
10  we're looking at currently, which is Bates stamped 60
11  in this series, this just shows us who was on train
12  237 on November 27th of 2020, correct?
13     A   Correct.
14     Q   And we see here in sort of the area where my
15  cursor is that it would be Larry Coston.  And "EN"
16  would stand for engineer?
17     A   Correct.
18     Q   And Mr. Walter -- Willie Walter, who would
19  have been the conductor, correct?
20     A   Correct.
21     Q   Now, if we continue down, we're looking at
22  the page Bates stamped 62 in this series, and it
23  looks like it was another part.  It's the employee
24  work history for Mr. Coston, correct?
25     A   Correct.

Travis Bailey                                                    12/13/2022

Page 70

1    Q   Okay.  Is -- this would've been what you
2  would've looked at to see how many times he had
3  worked train 237 or 238?
4    A   Yes.
5    Q   Okay.  Now, Mr. Coston says that on one of
6  the trips, he actually did not run between Inman and
7  Austell.  Based on the information here, would you
8  look at this and dispute that and say no, I don't
9  think that could be true?
10   A   Based on that information, yes, he -- those
11  trains operate between Inman and Austell.
12   Q   Okay.  And tell us why this information here
13  would indicate that he had actually operated between
14  Inman and Austell on each of these trips?
15   A   That's where the trains originated and
16  departed and terminated.
17   Q   Now, the -- the trains periodically
18  have to re-crew, correct?
19   A   Yes.  Sometimes, yes.
20   Q   And you mentioned earlier something about
21  going on the law.  Train crews are restricted in how
22  many hours they can be in service before they -- they
23  have to stop working, correct?
24   A   Correct.
25   Q   And is that 12 hours?

Page 71

1    A   Yes.
2    Q   Okay.  And I believe -- well, let me back
3  up.  Is it possible sometimes that train 230 -- the -
4  - the incoming train to Inman might actually just get
5  stopped in Inman and another crew might take it to
6  Austell?
7        MR. HAWKINS:  Object to form, but you can
8     answer.
9  BY THE WITNESS:  (Resuming)
10   A   Only if that crew was on out-of-service.
11   Q   Okay.  And so what I'm getting at, does
12  anything in what we're looking at here on this page
13  tell you specifically for sure that it was Mr. Coston
14  who specifically took the train between Inman and
15  Austell?
16   A   Yes.  On that page, yes.  Those trains
17  originate and terminate in Austell.
18   Q   And what -— point me to it here.
19   A   So the train -- yeah, the train pairs 238
20  and 237.  238, that train originates in Austell.
21   Q   Okay.
22   A   237 terminates in Austell.
23   Q   And that's the train, correct?
24   A   Correct.
25   Q   And I guess what I'm getting at is, Does

Page 72

1  anything about these records specifically state to
2  you where Mr. Coston ended his -- his tour of duty?
3    A   Yeah.  Looking at that record, it would be
4  Austell.
5    Q   Okay.  If Mr. Coston, for whatever reason,
6  let's say his -- he was taking the train from
7  Greenville and it was supposed to terminate in
8  Austell but there's some sort of incident and he went
9  on the law, say, in commerce, that -- that is
10  something that could happen, correct?
11       MR. HAWKINS:  Objection to form.
12  BY THE WITNESS:  (Resuming)
13   A   It can.
14   Q   Okay.  If that had happened, how would this
15  sheet be different?
16   A   Well, that sheet wouldn't.  You would have
17  to look at the actual tie-up screens.
18   Q   Okay.
19   A   But based on that sheet, those trains made
20  it as far as that sheet shows.
21   Q   And what part of the sheet shows us that
22  these trains made it?
23   A   I mean, that whole sheet.  I can look at
24  that sheet, I would just -- they made it.  Originate
25  and terminate, that's their terminal.  So to go

Page 73

1  deeper, you just have to look at each one of them
2  individually.
3    Q   Okay.  So to actually see how that train got
4  there, we would -- we would need to go to another --
5  some other information?
6    A   Yes.
7    Q   Okay.  And if -- like I said, if, for
8  whatever reason, something happened and Mr. Coston
9  did not actually operate in between Inman and
10  Austell, it would not necessarily show on this
11  screen, correct?
12       MR. HAWKINS:  Object to the form.  You can
13    answer.
14  BY THE WITNESS:  (Resuming)
15   A   No.  All this shows is terminating and
16  originating.
17   Q   For -- for the train, correct, not for the
18  man?
19   A   Yes.  Well, I mean, he's assigned to those
20  trains on this screen.
21   Q   Sure.  But if, for whatever reason -- you
22  know, nothing about this necessarily shows that he
23  terminated with the train.
24   A   I mean, it doesn't show he didn't, so I
25  would go by that as he made it.

Travis Bailey                                                    12/13/2022

Page 74

1    Q   Okay.  Before the investigation, were you
2  asked to bring with you to the investigation audio of
3  Mr. Coston's communications with the dispatcher that
4  day?
5    A   I mean, I know I had it.  I'm not sure if I
6  was asked to bring it.  I was gonna bring it anyway,
7  but I wasn't sure if I was asked.
8    Q   Let me see if we can -- we'll go back to the
9  transcript.  We're looking at pages Bates labeled 12.
10  We go up, we can see that this is you speaking, "Mr.
11  Bailey," correct?
12    A   Correct.
13    Q   And towards the bottom here, you said, "At
14  the request of the Organization, I do have the voice
15  tapes."  That's what -- at least what you said at the
16  investigation, correct, that the organization,
17  meaning Mr. Coston's representatives, had asked for
18  the voice tapes of him speaking with the dispatcher?
19    A   Yes.  That's -- that's what that would've
20  meant, yeah.
21    Q   Now, you say there were other requests made
22  by the organization, "One was the Road Foreman, off
23  the Road Foreman Desk" which Mr. Coston spoke to, and
24  you said that you attempted to find this person but
25  he was no longer with Norfolk Southern.

Page 75

1    A   That's correct, yes.
2    Q   Okay.  So somebody at least had communicated
3  to you that they -- Mr. Coston spoke to the road
4  foreman desk, correct?
5        MR. HAWKINS:  Objection to the form, but you
6  can answer.
7  BY THE WITNESS:  (Resuming)
8    A   Yeah.  Must've been.  I mean, I -- I tried -
9  - you know, I try to give the organization what they
10  request, you know, just to be -- to be fair and
11  cordial.
12    Q   Okay.  And did you find out -- did you know
13  anything about Mr. Coston's communications with the
14  road foreman desk?
15    A   I do not.
16    Q   Okay.  Now, if we go through here, at some
17  point you play some portion of the audio at the
18  investigation, correct?
19    A   Correct.
20    Q   Did you play -- well, let me back up.  We
21  see in the transcript they transcribed whatever
22  portion of the audio you played, correct?
23        MR. HAWKINS:  Object to the --
24  BY THE WITNESS:  (Resuming)
25    A   Yes.

Page 76

1        MR. HAWKINS:  Objection to the form.  You
2  can answer.
3  BY MR. SHUPING:  (Resuming)
4    Q   Did you play anything other than what was
5  transcribed here?
6    A   I wouldn't think so, no.
7    Q   Okay.  Had you done so, you would expect for
8  it to be in the transcript, correct?
9    A   Yes.  Yeah, yeah, you'd want it on the
10  record.
11    Q   Okay.  And you didn't play any of the
12  portion where Mr. Coston asked for a -- pilot?
13        MR. HAWKINS:  Objection to form.  You can
14  answer.
15  BY THE WITNESS:  (Resuming)
16    A   Yeah, that would've been the part I would've
17  played.  I mean, that's -- that's the whole part they
18  requested was the part talking to the dispatcher.
19    Q   Okay.  So you think you would have played
20  the part where Mr. Coston said, I would like a
21  dispatcher?  No, I'm sorry, I would -- let me just
22  start over.  You think you would've played the part
23  where Mr. Coston told the dispatcher that he would
24  like a pilot to help get from Inman to Austell?
25        MR. HAWKINS:  Objection to the form of the

Page 77

1  question.  It's compound.
2  BY THE WITNESS:  (Resuming)
3    A   Yes.
4    Q   And you think you at some point would've
5  listened to that request?
6        MR. HAWKINS:  Same objection.
7  BY THE WITNESS:  (Resuming)
8    A   Yes.  I mean, if it says it up there.  It's
9  pretty lengthy.
10    Q   Well, let me see if you can hear this
11  through my computer.  I'll play you some portion of a
12  audio recording that I received yesterday.
13        (Whereupon, Plaintiff's Exhibit No. 1 was
14    identified for the record.)
15        (Audio played.)
16  BY MR. SHUPING:  (Resuming)
17    Q   Mr. Bailey, can you -- can you hear that?
18    A   I can.
19    Q   I'm sorry, you can or can't?
20    A   I can.
21    Q   Okay.  Good.
22        (Audio played.)
23  BY MR. SHUPING:  (Resuming)
24    Q   Mr. Bailey, we just heard the 237, correct,
25  contacting the dispatcher?

Travis Bailey                                                    12/13/2022

Page 78

1    A   That's what it sounded like, yes.
2        (Audio played.)
3    BY MR. SHUPING: (Resuming)
4    Q   Okay, now, Mr. Coston or whoever on that
5    said, "We're not gonna call Bailey." That would
6    indicate a telephone call, correct?
7    A   No. On the radio. 'Cause I was coming to
8    them on 238. That was him saying he's not gonna call
9    me. He didn't want me out there.
10   Q   Okay. You think they weren't gonna call you
11   on the radio?
12   A   Yeah, yeah, yeah. You can't have phones on
13   you on trains.
14   Q   Okay. Now, the dispatcher didn't say
15   anything to -- to Mr. Coston about, well, no, go
16   ahead and wait, he's coming out to meet you, correct?
17   A   I mean, Mr. Coston's the one that requested
18   the pilot. The dispatcher wasn't gonna be like, no,
19   I'ma make you stay here and wait. I mean, if he said
20   he was gonna go and didn't want me, then, I mean,
21   they're gonna let him go.
22   Q   Okay.
23       (Audio played.)
24   BY MR. SHUPING: (Resuming)
25   Q   Okay, let me know if that didn't play

Page 79

1    through correctly, but we heard the dispatcher there.
2    Mr. Coston told the dispatcher he was gonna be going
3    extremely slow, correct?
4    A   I didn't hear that. I mean, I heard the
5    dispatcher say something about slow, but I didn't
6    hear --
7    Q   Okay.
8    A   -- him say, "I'm gonna be extremely slow."
9    Q   Let me play this back. Unfortunately, I
10   don't have, you know, precise control over this, so
11   you'll have to forgive me, we'll have to hear some of
12   this a couple of times.
13       (Audio played.)
14   BY MR. SHUPING: (Resuming)
15   Q   Mr. Bailey, did you hear that time Mr.
16   Coston say he was gonna be extremely slow?
17   A   I heard it -- I did hear him say "slow." I
18   heard him say he didn't wanna deal with me or "I
19   ain't gonna deal with him. We're gonna go," yes.
20   Q   Okay. And you did hear him say -- tell the
21   dispatcher he was gonna be extremely slow, correct?
22   A   Well, I heard "slow." Yes, I did.
23   Q   Okay. You didn't hear the word "extremely"?
24   A   No.
25   Q   Okay. And you would've listened to this

Page 80

1    tape before you brought charges with Mr. Coston?
2    A   I would have, yes.
3    Q   Okay. Well, let's keep listening and hear
4    what the dispatcher says.
5        (Audio played.)
6    BY MR. SHUPING: (Resuming)
7    Q   Okay, the dispatcher told Mr. Coston,
8    "That'll be fine," correct?
9        MR. HAWKINS: Objection to form.
10   BY MR. SHUPING: (Resuming)
11   Q   Do you remember that part?
12   A   Yeah. That's what it sounds like, yes.
13   Q   Okay. And you would've heard that before
14   you brought charges against Mr. Coston, correct?
15   A   I would have.
16       (Audio played.)
17   BY MR. SHUPING: (Resuming)
18   Q   Now, if I heard that correctly, the
19   dispatcher told Mr. Coston that he was gonna have to
20   wait a little bit longer before he could even start
21   heading over there, correct?
22   A   Yeah. Yeah, that could mean traffic, I'd
23   imagine.
24   Q   The dispatch had -- there were other trains
25   or something else was going on that prevented the

Page 81

1    dispatcher from being able to give Mr. Coston the
2    authority to proceed over that track?
3    A   Yeah. There was -- yeah, it's probably
4    something there.
5    Q   Now, when Mr. Coston told the dispatcher he
6    was going to go slow, the dispatcher's response was
7    to say, "That'll be fine," and the dispatcher said,
8    you know, I don't care if I'd been over there three
9    times, I would do the same thing.
10       Is that what you heard?
11       MR. HAWKINS: Objection to form.
12   BY THE WITNESS: (Resuming)
13   A   It -- yeah. It did sound -- I did hear the
14   dispatcher say that, yes.
15   Q   Okay. Nothing -- you'd agree with me that
16   the dispatcher did not in any way communicate to Mr.
17   Coston, you know, oh, no, that's a bad thing, don't
18   do it, anything along those lines?
19       MR. HAWKINS: Objection to form. You can
20   answer.
21   BY THE WITNESS: (Resuming)
22   A   Yeah, that dispatcher wouldn't have done
23   that. All they do is light up the signals. I mean,
24   they just give them signals. They don't actually
25   instruct them to do anything. Dispatchers are a

Travis Bailey                                                    12/13/2022

Page 82

1 contract employee as well, so they're also a union
2 just like the -- the conductors and engineers are.
3 So they're not really their supervisor.
4        (Audio played.)
5 BY MR. SHUPING: (Resuming)
6    Q  So the -- the -- you heard the dispatcher
7 say something -- make reference to "poking on down
8 there"?
9    A  I did not hear that.
10   Q  All right.  Well, let me see if I can bring
11 this back a little.
12       (Audio played.)
13 BY MR. SHUPING: (Resuming)
14   Q  Now, the dispatcher said, "I'd be going slow
15 until I got good with it."  What do you think the --
16 from having been on the railroad for as long as you
17 have, what do you think the dispatcher meant when he
18 said "until I got good with it"?
19       MR. HAWKINS:  Objection to the form.  You
20    can answer.
21 BY THE WITNESS: (Resuming)
22   A  Well, a dispatcher probably never
23 engineered, they were never a conductor, they've
24 never been on a train.  So, I mean, to them, that's
25 boring, you know.  Obviously it would be to them.

Page 83

1    Q  You -- you wouldn't try and tell us that you
2 thought the dispatcher was somehow making a -- a
3 reference to a labor dispute, correct?
4    A  No.  Uh-uh (negative).
5        (Audio played.)
6 BY MR. SHUPING: (Resuming)
7    Q  Did you hear the dispatcher talk about
8 poking on down there?
9    A  I did, yes.
10   Q  Okay.  Let's see, let's take a look at this
11 transcript.
12       MR. HAWKINS:  Trent, while you're looking
13    for that reference, how about we take five
14    minutes?
15       MR. SHUPING:  Sure.  That's fine.
16       (Whereupon, there was a brief recess.)
17 BY MR. SHUPING: (Resuming)
18   Q  So I'll just pull up the transcript again.
19 We scroll from the section we're looking at now to a
20 certain point, we can see that you're the one who was
21 answering questions.  Mr. Gholson is asking you a
22 question, "Mr. Bailey."  You can see that, correct?
23   A  I do.
24   Q  Okay.  And if we scroll back down to page --
25 the page that's Bates labeled, in this copy, 23,

Page 84

1 there's a question.  It's, I guess, labeled as line
2 97, and an answer -- the answer's from you.  You say,
3 "That's why I told the Dispatcher to have him call
4 me," with respect to Mr. Coston, correct?
5    A  Correct.
6    Q  Do you see that?
7    A  I do see that.
8    Q  And -- and have you had enough time to sort
9 of read that?  Do you remember the context of that?
10   A  I do not.  I don't recall that.  I mean, I
11 obviously said it, but I -- I don't recall.  I don't
12 even know why I would have him call me.  Maybe to
13 make sure he was gonna wait or where he was gonna
14 pick me up at, but I -- I don't know.
15   Q  Is it your testimony today that you never
16 told the dispatcher that you would not be providing a
17 pilot to Mr. Coston?
18   A  Yeah.  I did not say that.  I mean, I was
19 there.
20   Q  Do you remember at any point in the
21 investigation testifying that you had told the
22 dispatcher to tell Mr. Coston to wait and that you
23 would come over and be their pilot?
24       MR. HAWKINS:  Objection to form.  You can
25    answer.

Page 85

1 BY THE WITNESS: (Resuming)
2    A  Well, no.  I mean, they called me for the
3 pilot, and I was already out there piloting.
4    Q  Okay.  And -- and my question is, At the
5 investigation, did you share with -- with anyone at
6 the investigation that you were -- that you told the
7 dispatcher that you were on your way over and would
8 serve as Mr. Coston's pilot?
9        MR. HAWKINS:  Objection to form.  You can
10    answer.
11 BY THE WITNESS: (Resuming)
12   A  Yeah, I probably would have.  That's why
13 they told him, "Bailey's on his way," referencing me.
14   Q  Now, do you remember talking at the
15 investigation about whether or not your phone was
16 off?
17   A  Whether or not my phone was off?
18   Q  Yes.
19   A  Sorry, sir, I...
20   Q  Do you remember being questioned about that
21 or answering any questions about whether or not you
22 had your phone on?
23   A  You know, I don't really recall.  I'm
24 probably sure they would have.  I would've had my
25 phone on until I got on the train.

Travis Bailey                                          12/13/2022

Page 86

1    Q  Do you remember working in the Austell yard
2  with a crew on that day?
3    A  Well, yeah.  I was out there with 238.
4    Q  Okay.  What were you doing with 238?
5    A  Well, they had -- they -- that train
6  originates there.  I would've just piloted then got
7  on it once they got the train doubled up, took them
8  to Inman.
9    Q  Now, your testimony is that you would have
10  been on a train -- on train 238 when Mr. Coston --
11  you would have been on 238 -- or 238 actively moving
12  towards Inman at the time that Mr. Coston was
13  speaking with the dispatcher?
14        MR. HAWKINS:  Objection to the form.
15  BY THE WITNESS:  (Resuming)
16    A  Yeah.  Yeah, I was out there at it.  I was
17  in the yard at Austell.
18    Q  Okay.  So you would've still been in the
19  yard during these conversations?
20        MR. HAWKINS:  Objection to form.
21  BY THE WITNESS:  (Resuming)
22    A  Yes.  They had called me on the phone.  I
23  was still in the yard and they were doubling up, and
24  I would've rode with them on to Inman.
25        MR. HAWKINS:  Just for the court reporter, I

Page 87

1    had an objection to form just before the witness
2    began to answer.
3        THE COURT REPORTER:  Yes, sir.
4  BY MR. SHUPING:  (Resuming)
5    Q  If Mr. Coston felt that it was not safe for
6  him to operate the train between Inman and Austell at
7  full track speed, should he have done it even though
8  he felt it was unsafe?
9        MR. HAWKINS:  Objection to the form.  This
10      was asked and answered at the beginning of the
11      deposition.
12        THE WITNESS:  Do I still answer?
13        MR. HAWKINS:  You can answer.
14        THE WITNESS:  Oh, okay.
15  BY THE WITNESS:  (Resuming)
16    A  Well, if he had felt it was so unsafe, I
17  mean, he did ask for a pilot.  I was there.  I was
18  gonna pilot him, but he chose -- and he didn't want
19  me.  So, I mean, that's why I kind of struggled with
20  this whole thing.  If he felt it was so unsafe and he
21  had to go so slow to be safe, why not just wait and
22  let me pilot you then, and it would've been a moot
23  point.  I mean, he was gonna get what he asked for,
24  which was a pilot.  Until he found out it was me, a
25  supervisor, then he didn't want one.  He decided just

Page 88

1  to go on his own.  It didn't make any sense to me.
2  It wasn't logical.
3    Q  Now, the -- this track between Inman and
4  Austell, it's -- it's double track, correct?
5    A  Correct.
6    Q  Is it double track the whole way?
7    A  It goes to single right there at Austell
8  where it splits off.
9    Q  So it's double track except for some portion
10  of it that's real close to -- to the Austell portion,
11  to the Austell yard?
12    A  It's past Austell.  He would have cut off
13  into the yard.
14    Q  So if you would have been on a train coming
15  from Austell to Inman at the time this was happening,
16  you would have passed Mr. Coston's train, correct?
17    A  Yes.  Well, depending on if they let him out
18  or not.  Depending on where he was running.
19    Q  Do you remember passing Mr. Coston's train
20  while you were riding on another train?
21    A  I do not.
22    Q  You would have -- does anything need to
23  happen when trains pass each other on double track
24  now?
25    A  No.

Page 89

1    Q  If -- who was the crew on the 238 that
2  night?
3    A  Oh, Lord, I -- I don't remember.
4    Q  Okay.  That would be in the records,
5  correct?
6    A  Not in the investigation.  Probably not.
7    Q  Sure.  But Norfolk Southern keeps track of
8  what -- you know, what crew members were on what
9  trains, correct?
10    A  Oh, yeah, yeah.  It should -- yes, I'm
11  assuming.
12    Q  So if you were asked to look that up, you --
13  you could do that even today?
14    A  I'm not sure how far I could go back.  I
15  don't know.
16    Q  Okay.  Have -- have you -- have you ever
17  been in any way counseled or disciplined or talked to
18  about by -- by any of your sup- -- supervisors at
19  Norfolk Southern about -- well, let me back this up.
20  This case that Mr. Coston have is -- is brought under
21  certain provisions of the FRSA.  You're -- you're
22  generally familiar -- you've heard of the FRSA?
23    A  Yes, sir.
24    Q  Okay.  And do you understand there's certain
25  portions of the FRSA that prohibit Norfolk Southern

Travis Bailey                                      12/13/2022

Page 90

1  and it's officers from retaliating against employees
2  under certain conditions that they engage in certain
3  activity?
4      A  Yes, sir.
5      Q  Okay.  Have you ever in any way been
6  counseled or disciplined or -- or talked to by any of
7  your superiors at Norfolk Southern who felt that, you
8  know, there had been a complaint that you might have
9  retaliated against somebody for reporting an on-the-
10  job injury, reporting a safety hazard, or refusing to
11  do their job when confronted with a safety hazard?
12      A  No, sir.
13      Q  Have you ever heard of any other supervisor
14  at Norfolk Southern being disciplined or counseled in
15  any way based on any reports that they had done, you
16  know, things that violated those provisions of the
17  FRSA?
18      MR. HAWKINS:  Objection to form.  You can
19  answer.
20  BY THE WITNESS:  (Resuming)
21      A  No, sir.
22      Q  Have you received any training on those
23  provisions of the FSRA that we've been talking about?
24      A  Yes.  We do have annual training every year
25  that kind of refreshes that kind of stuff.

Page 91

1      Q  Okay.  And what does this training talk
2  about or include?
3      A  It's mostly just, you know, retaliation
4  against any of that kind of thing.  It's not so much
5  the FRSA, it's just in general.
6      Q  And with respect to this sort of general
7  training, have you ever been disciplined, counseled,
8  spoken to about, you know, any perceived violation of
9  that training?
10      A  No, sir.
11      Q  Have you heard of any other supervisor who's
12  been disciplined, counseled, spoken to based on some
13  perception that they -- perception that they might
14  have violated that part of the training?
15      MR. HAWKINS:  Objection to form.  You can
16  answer.
17  BY THE WITNESS:  (Resuming)
18      A  No, sir.
19      Q  Do you remember having any conversations
20  with Mr. Coston at all?
21      A  No.  Actually, I didn't -- I never knew him.
22  And the first time I'd seen him face-to-face was at
23  the investigation.  I -- I had no knowledge of him.
24  Didn't know him.
25      Q  And so you -- you said you may have called

Page 92

1  him but you don't remember one way or the other?
2      A  I mean, it would be logical to call him.  I
3  mean, I -- you know, that would make sense.  I don't
4  recall calling him or what we talked about.  I mean,
5  it has been some time.
6      Q  Have you spoken to him since the
7  investigation?
8      A  I have not, no.
9      Q  Okay.  Did you know that he is back at work?
10      A  I did not.
11      Q  Is there any part of the events of this day
12  in November that I haven't given you a chance to tell
13  us about yet?  Is there anything that you remember
14  that's pertinent to you that you haven't had a chance
15  to tell us about yet?
16      MR. HAWKINS:  Objection to form, but you can
17  answer.
18  BY THE WITNESS:  (Resuming)
19      A  Not that I can think of.  I mean, we've
20  covered it all.
21      Q  Now, at the -- well, let me back up.  When
22  you came to the investigation, did you have a sense
23  of what Mr. Coston stated the reason for going slow
24  was?
25      A  Well, I had what I had, you know, based on

Page 93

1  the evidence I'd pulled and, you know, my experience
2  over the years as being with the railroad.  I kind of
3  figured out why he would've done it.
4      Q  I take it that was not based on a
5  conversation with him.
6      A  No.  Uh-uh (negative).  No.
7      Q  Did you know what he said about why he went
8  that speed?
9      A  I mean, if I had talked to him, I'm sure he
10  probably would've tried to tell me, but I'll be
11  honest with you, I don't remember.
12      MR. SHUPING:  Okay.  I believe those are all
13  the questions I have.  So I don't know if
14  Norfolk Southern's attorney, if Mr. Hawkins has
15  any, but if not, we're --
16      MR. HAWKINS:  Just very briefly.  Trent, you
17  identified a -- an audio tape.  We'll need to
18  mark that for -- for record purposes.  The
19  segment that you ident- -- you had there was the
20  first three minutes of the call?
21      MR. SHUPING:  I think it goes a little bit
22  beyond three minutes.  I don't -- I -- yeah, I
23  don't know how you wanna handle this.  I mean,
24  to a certain extent, it's -- it's played in the
25  video record.  I don't object to having it be an

Travis Bailey                                                    12/13/2022

Page 94

1  exhibit if you want to, although right now I
2  have a five-hour recording.  I mean, I can mail
3  a thumb drive to our court reporter.
4      MR. HAWKINS:  Why don't we do that.  But can
5  you cut -- I can do this and then send it to you
6  to verify that it's the correct seg-- segment.
7      MR. SHUPING:  Yeah, that's fine.  I mean, I
8  think -- I could be wrong, I think it's a hair
9  more than past the three-minute mark.  I think
10  it's actually around the three-minute mark, but
11  I could be -- could be completely wrong on that.
12      MR. HAWKINS:  All right.  I'll -- I'll --
13  I'll go through it and I'll send you a thumb
14  drive.
15      MR. SHUPING:  Okay.
16      MR. HAWKINS:  Very few questions for you,
17  Mr. Bailey.
18          DIRECT EXAMINATION
19  BY MR. HAWKINS:
20    Q  You were asked whether you have a -- a
21  present recollection as to whether you asked the
22  dispatcher to ask Mr. Coston to call you on the night
23  of the incident.  Do you have a recollection one way
24  or the other as to whether or not you asked the
25  dispatcher to have Coston call you?

Page 95

1    A  I don't.  I mean, I...
2    Q  Was it your understanding when you spoke to
3  the dispatcher that Mr. Coston had requested a pilot?
4    A  Yes.
5    Q  And you heard in the audiotape that was
6  played, you were asked a few questions about that.
7  Did you also hear Mr. Coston say that you, as in Mr.
8  Bailey, would "find too much wrong stuff" if you were
9  to pilot the train?
10      MR. SHUPING:  Objection.  Leading.
11  BY THE WITNESS:  (Resuming)
12    A  I mean, he -- he did say, you know, We don't
13  wanna fool with that.  That's what I kind of heard.
14  For some reason they didn't want me out there with
15  them.
16      MR. HAWKINS:  That's all I had.  Witness
17  will review the transcript, so if the court
18  reporter would get the transcript to counsel,
19  we'll get it to the witness for reviewing and
20  signing.
21      (Whereupon, the reading and signing of the
22  deposition by the witness was reserved.)
23      (Whereupon, the deposition in the above-
24  entitled matter was concluded at 12:23 p.m.)
25          oOo

Page 96

C E R T I F I C A T E

STATE OF GEORGIA  )

COUNTY OF CLAYTON  )

        I hereby certify that the foregoing deposition
was taken down by me, as stated in the caption; and the
questions and answers were reduced to print by me; that the
foregoing pages 4 through 95 represent a true, correct,
and complete transcript of the evidence given on Tuesday,
December 13, 2022, by the witness, TRAVIS BAILEY, who was
first duly sworn by me; that I am not a relative, employee,
attorney or counsel of any of the parties; am not a
relative or employee of attorney or counsel for any of said
parties; nor am I financially interested in the outcome of
the action.

        This the 13th day of December, 2022.

                    _Patrice Graper_

                    PATRICE GRAPER

                    Certified Court Reporter

                    Certified Verbatim Reporter

                    State of Georgia

                    License No. 6601-5650-5862-9632

Page 97

E R R A T A   S H E E T
TRAVIS BAILEY/12/13/2022/PG
    I have read the within and foregoing pages numbered
4 through 95 and no changes are required:
        This _____ day of _____, 2022.
        _____
        TRAVIS BAILEY
        Sworn to and subscribed before me, this _____ day of
_____, 2022.
_____
Notary Public
                - - -
    I have read the within and foregoing pages 4
through 95 and the following changes are required as a result
of the transcription thereof:
Page____Line____: _____
Page____Line____: _____
Page____Line____: _____
Page____Line____: _____
Page____Line____: _____
Page____Line____: _____
Page____Line____: _____
Page____Line____: _____
                _____
                TRAVIS BAILEY
        Sworn to and subscribed before me, this _____ day of
_____, 2022.
_____
Notary Public

**1**

**1** 77:13

**10** 66:20,24

**10:02** 4:2

**12** 18:9 25:1 31:12 33:2
41:13 42:19 43:2 70:25
74:9

**12-** 42:17

**12-mile** 43:9

**12:23** 95:24

**15** 22:15,18,20

**2**

**20** 22:14,19,21 63:25 64:4

**2020** 7:20,22 8:2 10:14
23:14 24:3,15 32:9,16
69:12

**2200** 5:4

**23** 83:25

**230** 71:3

**237** 34:17 36:13,16,22 37:2,
4,14,22 38:10,20 39:6,10
67:12,25 68:10 69:12 70:3
71:20,22 77:24

**238** 34:17 36:11,19 37:22
38:8 68:1,7 70:3 71:19,20
78:8 86:3,4,10,11 89:1

**261** 43:5

**27** 23:14 24:3

**27th** 32:16 69:12

**29405** 5:5

**29486** 5:8

**6**

**6** 39:11

**60** 69:10

**62** 69:22

**8**

**8** 39:12

**85** 10:18

**9**

**9-11-30(b)(4)** 4:6

**90** 10:18

**97** 84:2

**A**

**a.m.** 4:2

**ability** 28:20

**above-** 95:23

**absolutely** 42:14 46:22
47:12

**acceptable** 50:24 51:4

**accidents** 17:9

**accurate** 50:20

**achieve** 34:14

**act** 35:11

**action** 51:7

**active** 43:4

**actively** 86:11

**activity** 90:3

**acts** 53:10

**actual** 72:17

**added** 32:25 33:3 59:24

**additional** 25:1

**address** 5:3,7

**advantages** 66:12

**affect** 29:15 52:6 56:6,11

**affirmative** 69:8

**agree** 14:24 23:6 32:2 67:4
81:15

**agreed** 4:5

**agreement** 4:13 65:23

**ahead** 6:23 10:10 17:6
36:25 43:8 52:13,25 63:12
78:16

**air** 9:5

**allowed** 4:14 27:19

**amount** 30:7 45:17 57:3

**annual** 8:9 90:24

**answer's** 84:2

**answering** 83:21 85:21

**application** 20:15,23

**applies** 45:15

**apply** 15:7

**arbitrarily** 14:14,19

**Arctic** 29:1

**area** 27:2 29:4 32:12 44:9
57:2 60:24 61:21 64:5
69:14

**areas** 50:23

**argue** 6:21

**arrive** 68:11

**ascending** 52:9

**ascertain** 12:17

**assess** 65:24

**assigned** 34:15 73:19

**assume** 7:13 14:21 29:2
41:1 53:15 69:6

**assuming** 25:11 51:23
68:13 89:11

**assumption** 19:3

**Atlanta** 30:24 31:3 34:20

**attack** 15:20

**attempted** 74:24

**attorney** 93:14

**audio** 5:18,23 74:2 75:17,
22 77:12,15,22 78:2,23
79:13 80:5,16 82:4,12 83:5
93:17

**audiotape** 95:5

Travis Bailey

12/13/2022
Index: Austell..chance

**Austell** 7:21 24:22 25:1
29:10,20 30:19 31:4 32:17
34:8,18 35:10 36:10,15,21
37:2 38:8,22 39:8 40:17
42:18 44:2,10 54:25 58:16
61:25 62:19 64:12 67:23
68:8,9 70:7,11,14 71:6,15,
17,20,22 72:4,8 73:10
76:24 86:1,17 87:6 88:4,7,
10,11,12,15

**authori-** 41:12

**authority** 81:2

**authorization** 41:13

**authorized** 41:15

**authorizes** 43:6

**auto** 16:9,25 18:5,6,10,16,
18 19:14,21,24 20:7 21:14
29:24 32:1 42:19 64:13

**auto-stop** 21:11

**automatic** 51:23 52:8

**automatically** 21:21

**avenues** 15:13,14

**avoided** 59:22

**aware** 17:13

---

**B**

---

**back** 7:20 8:1,2 10:13 19:6,
7,9 20:1 25:11,24 27:6
30:18,20 32:9,19 34:1,12,
22 36:2,20 38:2,19,23 39:3,
17 40:10 44:8 51:11 54:24
61:20 64:23 65:15 68:12
71:2 74:8 75:20 79:9 82:11
83:24 89:14,19 92:9,21

**backed** 60:1

**backs** 61:9

**bad** 6:14 53:12 81:17

**bail** 21:10

**Bailey** 4:8,12,16,22,23 6:1
7:2 10:19 11:20 37:10
48:22 59:23 61:1,23 66:25
74:11 77:17,24 78:5 79:15
83:22 94:17 95:8

**Bailey's** 61:21 85:13

**bargaining** 65:22

**based** 21:19 68:18 70:7,10
72:19 90:15 91:12 92:25
93:4

**baseline** 26:1,6,19 27:1
31:16

**basic** 42:18

**Basically** 5:21

**basis** 43:25

**Bate** 66:21

**Bates** 66:21,24 69:10,22
74:9 83:25

**began** 36:6 87:2

**beginning** 87:10

**benefitted** 36:21

**big** 47:7,14 48:5,12 49:14
53:12 54:15 63:24 64:2

**bigger** 34:13

**bit** 8:1 23:23 24:13 46:8
47:2 48:4 51:12 60:2 80:20
93:21

**black** 12:3

**blast** 22:13

**blatant** 62:7

**blocks** 34:15

**blow** 21:19,22,23 22:4
45:6,18,19

**blowing** 21:13 22:8,22
49:2

**blown** 22:1

**board** 46:2,4

**boards** 55:4

**Bob** 11:6,14

**boring** 82:25

**boss** 33:13 62:25 63:2

**bottom** 68:7 74:13

**brake** 19:23,25 20:1,15,23
21:11 51:20 52:8

**brakes** 52:11,24

**break** 6:5 25:20 48:16,18
54:8

**briefly** 93:16

**bring** 53:11 58:16 64:23
74:2,6 82:10

**broad** 15:16

**broadly** 44:14

**brought** 80:1,14 89:20

**Brown** 33:15 34:5 63:3,4

**Brown's** 33:16

---

**C**

---

**cab** 38:22

**call** 19:11 29:17 36:16 38:5
41:21 42:7 51:5 57:8 60:5,7
67:20 68:3 78:5,6,8,10
84:3,12 92:2 93:20 94:22,
25

**called** 4:17 13:15,19 18:6
33:10 36:24 38:19 39:5,17
59:18 85:2 86:22 91:25

**calling** 40:5 92:4

**car** 23:9 38:2 46:18,19
49:9,10 51:14,19,25

**care** 81:8

**Carolina** 4:24 30:24 32:11

**carrier** 59:2

**carrying** 28:25

**cars** 46:9

**case** 7:18,20 89:20

**caused** 40:4

**center** 39:20,22

**certification** 8:10,11

**certified** 12:25 13:9 25:6
28:18,19 31:22

**chain** 36:4 38:14,25 41:4
57:6,20

**chance** 92:12,14

change 33:4

changed 7:13

characteristics 43:2

charge 23:13 24:8,11
38:15 40:16 58:2,5,8 62:12,
17 63:11,12,18

charged 23:11,15 24:1

charges 23:16 24:2,9,17
36:5 57:8 62:21 64:24 80:1,
14

charging 24:16 36:4 38:14
39:1 41:5 57:7 65:16

Charleston 4:24 5:4 7:8

chart 17:3

check 41:9 67:17

checked 42:15

chief 39:5,20,24 40:15 57:9

choose 21:22

chose 24:11 59:22 64:6
87:18

Circle 29:1

claim 60:2

clarifying 53:8

class 8:10

clear 6:11 25:21

close 88:10

clums- 24:13

clumsily-worded 24:13

clumsy 23:24

coach 29:12

code 5:6

collective 65:22

comfortable 13:14 16:8

commerce 72:9

common 50:3

communicate 81:16

communicated 75:2

communications 74:3

75:13

compare 49:8,20

comparison 26:16

complaining 40:6

complaint 90:8

completely 94:11

complicated 46:8 51:13

complied 4:3

compound 14:8 15:3 16:1
19:3 77:1

computer 77:11

concern 63:24 64:3

concluded 95:24

conditions 12:4 55:14
90:2

conducting 8:10

conductor 8:16 25:6,10,
12,13,23,25 26:1,12,20,23
27:8,13,16 28:15,18 47:22
49:21 57:12,18 65:2,9
69:19 82:23

conductors 8:11 9:21
35:5,7 44:24 45:16 65:23
82:2

confirm 68:5

confronted 90:11

connection 64:24

consistently 53:19

consulted 35:24

contact 57:13

contacting 77:25

context 84:9

continue 69:21

contract 82:1

control 8:11 16:9,25 17:2
18:5,6,10,16,18 19:6,8,10,
15,21,24 20:6,7 21:14
29:14 32:1 42:20 51:24
52:10,12,16 64:13 66:13
79:10

control's 19:21

controller 9:6

controlling 51:12,13

controls 29:24

conversation 63:13 93:5

conversations 61:13 63:5
86:19 91:19

copy 66:21 83:25

cordial 75:11

correct 8:3 9:16,22,23
13:20 16:22 22:24 26:1,7,8,
13,14 27:9,10,13,14 28:12,
13 30:8,9,25 31:4,5,10,11
35:12,13 38:8,9,12 45:11,
20,21,23,24 46:16,17,25
47:4,5,8,15,22 48:1,10,13,
14,25 49:1,12,13,19 50:6,
10,13 51:20,22 53:2,6,13,
14 55:6,7,11,12 60:12,18
67:1,11 69:4,12,13,17,19,
20,24,25 70:18,23,24
71:23,24 72:10 73:11,17
74:11,12,16 75:1,4,18,19,
22 76:8 77:24 78:6,16 79:3,
21 80:8,14,21 83:3,22 84:4,
5 88:4,5,16 89:5,9 94:6

correctly 21:23 22:1 79:1
80:18

Coston 7:18,23 23:12,16
24:1,8,16 30:22 33:2 35:2
36:4 38:15 39:1 41:5,18,21
42:7,16 57:7,11 58:17
59:16 60:4,11,17,21,25
61:16 62:4 63:22 68:15
69:15,24 70:5 71:13 72:2,5
73:8 74:23 75:3 76:12,20,
23 78:4,15 79:2,16 80:1,7,
14,19 81:1,5,17 84:4,17,22
86:10,12 87:5 89:20 91:20
92:23 94:22,25 95:3,7

Coston's 61:13,22 62:18
74:3,17 75:13 78:17 85:8
88:16,19

counsel 4:13 10:9 95:18

counseled 89:17 90:6,14
91:7,12

couple 59:4 79:12

Travis Bailey                                          12/13/2022
                                     Index: coupling..elevation

**coupling** 8:20

**court** 4:3 6:17 10:4,6 86:25
87:3 94:3 95:17

**covered** 58:24 92:20

**crew** 22:24 23:2,7 25:5
27:7,12 28:2,6,8,20 29:12
36:11 37:9 40:9,11 56:19,
22 67:8,20 68:3 71:5,10
86:2 89:1,8

**crews** 25:2 29:19 30:1
70:21

**CROSS-EXAMINATION**
4:19

**crossing** 21:20,22,24 22:4,
15,16,19,21 23:5,8 45:7,13

**crossings** 17:5 21:14 22:5,
9,23 45:19

**crude** 26:15

**curious** 17:17

**current** 7:6

**cursor** 69:15

**curvature** 17:4

**curve** 55:22

**cut** 6:7 16:23 88:12 94:5

          D

**danger** 23:7

**data** 40:20 57:10,21

**date** 23:25 24:1,7 66:22

**dates** 7:20 24:10

**day** 12:9 14:23 23:11,14
24:19,20 32:15 33:20 34:1
36:2 51:9 60:3 74:4 86:2
92:11

**day-to-day** 43:25 44:11,
16,17

**days** 32:18

**deal** 47:8,14 48:6,12 49:15
53:12 54:15 60:1 79:18,19

**decades** 46:24

**decided** 24:8 35:14 87:25

**decision** 33:1 35:17

**declined** 61:1

**deems** 21:22

**deeper** 73:1

**default** 55:13

**departed** 38:21 70:16

**depending** 19:24 52:21
88:17,18

**depends** 13:23

**deposed** 4:18 6:2

**deposition** 4:12 6:4 87:11
95:22,23

**desk** 74:23 75:4,14

**detail** 15:5

**difference** 68:10

**differently** 63:22

**difficult** 6:10 43:19

**direct** 8:18 94:18

**directions** 43:6

**disagree** 68:17

**disciplinary** 23:12,16
24:2,8,17 36:5 38:15 57:7
65:16

**discipline** 64:16,23,24
65:19,20,24

**disciplined** 53:13 89:17
90:6,14 91:7,12

**discuss** 62:18,22

**discussed** 45:17

**disengage** 20:3

**dispatch** 8:23 80:24

**dispatcher** 5:24 8:22 9:2,
5,8,15 13:25 14:2,11 36:16,
24 37:4,14,16,23 38:4,20
39:5,24 40:15 57:9,13 60:4,
10,12,15,17,21 61:2,5,14,
20 65:4,7 74:3,18 76:18,21,
23 77:25 78:14,18 79:1,2,5,
21 80:4,7,19 81:1,5,7,14,
16,22 82:6,14,17,22 83:2,7

84:3,16,22 85:7 86:13
94:22,25 95:3

**dispatcher's** 60:15 81:6

**dispatchers** 9:18 81:25

**dispatching** 9:16 39:22

**display** 17:6

**disposal** 52:6

**dispute** 70:8 83:3

**distance** 21:20

**distinction** 28:24

**district** 9:16

**document** 66:17

**documents** 5:13,18

**double** 41:9 43:4 67:17
88:4,6,9,23

**doubled** 86:7

**doubling** 86:23

**downhill** 52:4

**download** 39:9 40:23

**downloadable** 40:24

**drawbacks** 66:12

**drive** 94:3,14

**driver's** 26:17

**driving** 49:9,10

**dual** 25:6 28:18

**duly** 4:18

**duty** 68:9 72:2

**dynamic** 19:23,25 20:1
52:8

          E

**earlier** 45:17 70:20

**easier** 25:22 43:12

**easiest** 42:21 43:1

**easy** 43:3,9

**electronic** 17:3

**elevation** 17:4

Travis Bailey

12/13/2022
Index: emergency..front

**emergency** 21:5

**employed** 7:2,4,5

**employee** 69:23 82:1

**employees** 30:22 31:7 35:1,11,15,18 90:1

**EN** 69:15

**end** 12:9 14:23 66:13

**ended** 72:2

**enforced** 50:6

**engage** 18:10,18 90:2

**engaged** 18:17 19:21 21:15 32:18

**engine** 41:15

**engineer** 8:14,19 10:19 11:1,22 12:3,9,19,20 13:1, 4,14,17,21 14:4,5,22,23,25 15:14,18,19,23,24 18:12, 16,20 19:6,9 20:5 21:1,5, 21,24 25:6,10,12,14,23 26:5,7,13,25 27:1,2,4,8,13, 16 28:14,18 30:18 31:15, 16,17 32:2 42:17,20 47:21 49:21 51:6 52:5,13,23 53:10 64:8 69:16

**engineer's** 14:17

**engineered** 82:23

**engineers** 8:7,8 9:21,22,25 10:16 11:21 16:9 28:19 31:22 33:2 35:2,5,6 44:25 45:16 65:23 82:2

**engines** 8:4 43:20,25

**ensure** 21:2

**entering** 22:16,21

**entitled** 95:24

**equivalent** 26:17

**essentially** 9:9 17:3,8 18:13 20:6 24:15 25:9 28:7 29:13 30:21 34:23 40:10 44:23 46:10 58:20

**established** 19:4

**event** 8:13 19:7 24:15 39:8, 9 40:21 58:24 61:8

**events** 8:18 24:1,7 36:4 38:14 39:1 41:5 57:6,20 92:11

**evidence** 58:25 93:1

**EXAMINATION** 94:18

**examined** 4:18

**exceed** 49:11

**exceeding** 49:17 50:2

**exhibit** 77:13 94:1

**exhibits** 5:22 69:3

**expect** 14:4 50:1 60:11 76:7

**expected** 60:17 63:21,23 64:6

**experience** 26:11 93:1

**explain** 25:22

**explained** 53:7

**extended** 24:24 53:17

**extent** 93:24

**extreme** 54:1,6,21

**extremely** 39:6,15 40:14 41:8 79:3,8,16,21,23

---

**F**

**face-to-face** 91:22

**fact** 62:20

**fail** 17:22

**failing** 45:6

**failure** 18:3

**failures** 17:11,14

**fair** 5:13 7:14,15 9:4,7,24 10:3 23:1 25:10 26:16,18 30:12,16 45:2,3,4 49:18 51:25 52:1,16,20 53:18 67:5,6 75:10

**familiar** 31:21 65:14 69:7 89:22

**familiarity** 30:7

**farther** 58:23

**feature** 56:3

**feel** 10:19 11:2 12:10,20 13:5,14,17 14:5,23 15:24 16:7 25:20 58:23 59:16 60:2

**fellow** 7:18

**felt** 87:5,8,16,20 90:7

**figure** 58:1 59:6

**figured** 93:3

**file** 11:15,16

**find** 17:17 42:9 74:24 75:12 95:8

**fine** 54:11 80:8 81:7 83:15 94:7

**five-hour** 94:2

**focus** 9:25

**follow** 6:8 12:6

**fool** 95:13

**foreman** 28:17 33:18 74:22,23 75:4,14

**forgive** 79:11

**form** 9:10 10:1,21 11:4,12, 24 12:13 14:7 15:2 16:16 17:8 19:2 20:9,20 21:7,16 22:10 23:17 25:15 26:2 27:22 30:13 32:5 33:7 36:7 37:6,17 38:16 41:23 42:11 45:8 46:11 47:9,16 49:23 50:7,17,25 51:15 52:17 54:3 55:18 56:13 57:14 62:13,21,23 66:1 68:21 71:7 72:11 73:12 75:5 76:1, 13,25 80:9 81:11,19 82:19 84:24 85:9 86:14,20 87:1,9 90:18 91:15 92:16

**format** 66:5

**forward** 35:2

**found** 68:16 87:24

**foundation** 17:24

**free** 25:20

**freight** 58:16

**front** 6:21 52:15

Travis Bailey

12/13/2022
Index: frontline..improper

**frontline** 44:11

**FRSA** 89:21,22,25 90:17 91:5

**FSRA** 90:23

**fuel-saving** 18:7

**full** 13:18 29:20 30:2 64:11 87:7

**full-on** 16:10

---

**G**

**gas** 51:20

**geez** 63:7

**general** 22:7 26:9 59:14 91:5,6

**generally** 25:23 26:10 27:7 30:1,23 43:22 49:14 51:20 89:22

**gentlemen** 58:17

**Georgia** 7:22 31:4 34:7

**Gholson** 83:21

**give** 6:10 37:15,20 63:10 75:9 81:1,24

**giving** 4:9

**good** 30:7 31:24 39:13 41:14,15 48:15 64:8 77:21 82:15,18

**govern** 44:24

**grade** 43:15

**grades** 52:9

**grand** 49:15

**gravity** 52:4,9

**gray** 50:23

**Great** 10:7

**Greenville** 8:4 10:13 30:24 32:11,12 43:21 58:19 72:7

**ground** 8:21

**guess** 5:10 34:3 44:13 68:25 71:25 84:1

**guessing** 7:11

**guy** 8:21

**guys** 34:20 58:22 59:4

---

**H**

**hair** 94:8

**handle** 19:23 20:2 93:23

**handles** 19:12,19,20,22

**handling** 53:25

**happen** 14:15 72:10 88:23

**happened** 19:7 58:4 60:3 62:20 72:14 73:8

**happening** 17:10 88:15

**hard** 6:10

**harder** 43:13

**Hawkins** 9:10 10:1,4,7,21 11:4,7,11,16,24 12:12,22 13:6 14:7 15:2 16:1,16 17:24 19:2 20:9,20 21:7,16 22:10 23:17 25:15 26:2 27:22 30:13 32:5 33:7 36:7 37:6,17 38:16 41:23 42:11 45:8 46:11 47:9,16,23 48:7, 15,19 49:23 50:7,11,17,25 51:15 52:17 53:3 54:3 55:18 56:13 57:14 62:13,23 66:1 68:21 71:7 72:11 73:12 75:5,23 76:1,13,25 77:6 80:9 81:11,19 82:19 83:12 84:24 85:9 86:14,20, 25 87:9,13 90:18 91:15 92:16 93:14,16 94:4,12,16, 19 95:16

**hazard** 90:10,11

**He'll** 61:21

**headed** 59:19

**heading** 80:21

**hear** 10:5 20:14 23:20 49:6 61:16,19,20 77:10,17 79:4, 6,11,15,17,20,23 80:3 81:13 82:9 83:7 95:7

**heard** 61:17,24 77:24 79:1, 4,17,18,22 80:13,18 81:10 82:6 89:22 90:13 91:11 95:5,13

**hearing** 49:5 65:11,15,19 66:22 69:3

**hearings** 65:17

**Heavy** 43:15

**Heavy-grade** 43:14

**helpful** 5:17

**hey** 36:16 38:20 41:21 42:8, 10 60:15 63:8

**highlighted** 67:8

**historically** 44:19 55:2

**history** 7:12 69:24

**hit** 23:2,3,5

**hold** 65:22

**home** 32:12

**honest** 93:11

**Honestly** 9:17 17:18 58:23

**hoped** 34:14

**horn** 21:14,19,23,25 22:4 45:7,18

**horns** 22:8

**hotel** 38:24 39:4 41:1 61:7

**hour** 18:9 39:12 49:12,18 50:3,14 51:6 53:10,16 54:22

**hours** 70:22,25

**hypothetical** 11:7 14:8 15:3 16:2

---

**I**

**I'MA** 78:19

**idea** 17:18,19 27:6 62:3

**ident-** 93:19

**identified** 77:14 93:17

**imagine** 80:23

**impact** 52:3

**important** 22:3 30:17 31:15,17 46:15

**improper** 11:8

Travis Bailey

**in-house** 65:21

**inch** 47:7 48:5

**incident** 72:8 94:23

**incidents** 17:9

**include** 45:6,22 56:19 91:2

**incoming** 71:4

**indication** 17:6 18:11

**individually** 73:2

**information** 67:9,21 68:4 70:7,10,12 73:5

**infractions** 23:12

**initialize** 64:13

**initiated** 20:15,23

**injury** 90:10

**Inman** 7:21 24:21,25 29:10, 19 30:19 31:3 32:17 34:7, 18,19 35:10 36:12,18,19,22 37:21 38:8 39:7 40:11 42:18 44:1,9 54:25 58:17, 18 61:19 62:19 64:12 67:24 68:20 70:6,11,14 71:4,5,14 73:9 76:24 86:8,12,24 87:6 88:3,15

**instinct** 42:5

**instruct** 81:25

**instruction** 37:15,20

**integrated** 18:8

**investigation** 5:22 64:16 65:20 66:6 74:1,2,16 75:18 84:21 85:5,6,15 89:6 91:23 92:7,22

**involve** 19:10 27:8

**involved** 33:3

**issue** 12:4 39:5 42:23 48:12 53:18 54:1,2,6 65:6

**issues** 40:13 41:16 53:25 55:15

                **J**

**Jim** 44:7

**job** 6:22 7:6 26:10,12 32:18 45:3 58:15 60:15 63:23 64:9,10 90:10,11

**jobs** 58:21 59:4,5

**judge** 6:18,21

                **K**

**keeping** 52:14

**kind** 7:20 8:20 12:2,4 14:16 15:6 36:23 58:3,11 59:13, 24 60:1 63:17,18 66:14 87:19 90:25 91:4 93:2 95:13

**kinda** 39:10

**kinds** 65:24

**knew** 36:13 91:21

**knowledge** 29:16 65:3 91:23

                **L**

**labeled** 74:9 83:25 84:1

**labor** 58:3,7,24 59:12,17 62:10,11,17 63:11,17 83:3

**landmarks** 43:18

**lane** 46:19

**language** 58:2,5,8 62:17 63:11,18

**laptop** 41:2

**large** 31:8

**Larry** 7:18,19 24:16 38:14 69:15

**law** 4:14 70:21 72:9

**lawyer** 5:11,16 6:19

**lawyer's** 4:25 5:2

**lawyers** 5:11 6:17 63:20

**lead** 38:14 39:1

**leading** 41:5 95:10

**learn** 31:9 35:12

**leaves** 49:2

**led** 36:4,23 57:7

**left** 37:11 48:22 56:22

**lengthy** 77:9

**less-** 41:10

**letter** 23:13

**letting** 24:14 40:6 63:16

**level** 26:11

**license** 26:17

**life** 15:22

**light** 46:9 81:23

**limit** 18:21 49:11,17,22 50:1,2,5,22 53:9,16 55:9, 11,13,15,23 56:12

**limits** 18:25

**lines** 14:18 18:12 43:15 81:18

**lineup** 36:13

**lining** 9:1

**listen** 5:23 61:13

**listened** 63:10 77:5 79:25

**listening** 80:3

**localized** 57:1

**location** 32:10

**locations** 17:5 29:15

**locomotive** 8:8,15,19 12:25 14:4 18:15 19:22 20:17 21:13 26:7 28:8,9 32:2 39:10 49:9,21 51:12 52:5,22

**locomotives** 18:8

**logical** 88:2 92:2

**long** 7:9 22:14 40:14 61:11 82:16

**longer** 39:6 74:25 80:20

**longs** 22:13

**looked** 5:12 36:12 41:3,7 66:8 70:2

**Lord** 89:3

**lost** 58:20 59:3,5

Travis Bailey

12/13/2022
Index: lot..occur

**lot**  16:13 44:23 49:16

**lower**  55:22

---

**M**

**made**  33:1 67:15 72:19,22, 24 73:25 74:21

**mail**  94:2

**main**  32:10

**make**  6:11,13,25 7:16 8:1 10:5 29:6 33:5 37:13 41:9, 10,20 42:1,15,22 43:2 52:25 57:24 66:18 67:19 78:19 82:7 84:13 88:1 92:3

**makes**  19:3 42:14

**making**  18:20 20:17 21:25 57:25 83:2

**malfunction**  18:3

**man**  73:18

**manager**  7:8,25 8:3,6 9:20 10:13 43:20,24

**mark**  93:18 94:9,10

**marked**  69:9

**match**  19:20

**matching**  19:11,12

**material**  29:1

**matter**  48:2,3,4 52:23 95:24

**maximum**  17:7 55:15

**meaning**  74:17

**meant**  74:20 82:17

**mechanical**  56:3

**meet**  78:16

**members**  25:5 28:20 89:8

**memory**  24:4 66:15

**mention**  16:24

**mentioned**  59:23 70:20

**message**  60:12

**met**  5:10

**mic**  23:22

**might've**  22:17 68:19

**mile**  50:14 51:6 53:10,16

**milepost**  29:14

**mileposts**  43:18

**miles**  18:9 25:1 31:13 33:2 39:12 41:14 42:18,19 43:2, 8 49:11,18 50:3 53:16 54:21,22

**mind**  45:6 52:14,16

**minded**  64:5

**minutes**  48:16 64:1,4 83:14 93:20,22

**missing**  6:18

**mistaken**  23:13

**Mm-hm**  69:8

**monitor**  8:8 18:13,23

**monitoring**  8:9

**moot**  87:22

**motion**  11:15,16

**mouth**  53:22

**move**  20:1 41:13,15 66:17

**movement**  43:6

**moving**  86:11

**Must've**  75:8

---

**N**

**named**  7:18

**necessarily**  51:18 52:10 53:11 73:10,22

**needed**  13:25 34:6 59:19

**negative**  62:16 83:4 93:6

**nice**  43:9

**night**  89:2 94:22

**NOC**  39:20,21

**non-**  43:15

**Norfolk**  5:16 6:18 8:7 11:1, 21 17:11,13,16 30:22 44:24

45:15 49:9,21 65:17,21 74:25 89:7,19,25 90:7,14 93:14

**North**  5:4

**Notice**  4:13

**noticed**  39:11 41:7

**notify**  62:25

**November**  7:20,22 8:2 23:14 24:3,15 32:9,16 36:3 69:12 92:12

**nuances**  31:23

**nuclear**  28:25

**number**  20:2 31:6 32:3 35:1,19,25 46:23

**numbered**  66:23

**numerous**  15:7

---

**O**

**O.C.G.A.**  4:4

**oath**  4:9

**obeying**  49:22

**object**  6:19 11:11,13 12:13 14:7 15:2 25:15 49:23 50:7 54:3 71:7 73:12 75:23 93:25

**objection**  6:24 9:10 10:1, 21 11:4,6,10,24 12:22 13:6 16:1,16 17:24 19:2 20:9,20 21:7,16 22:10 23:17 26:2 27:22 30:13 32:5 33:7 36:7 37:6,17 38:16 41:23 42:11 45:8 46:11 47:9,16,23 48:7 50:17,25 51:15 52:17 53:3 55:18 56:13 57:14 62:13,23 66:1 68:21 72:11 75:5 76:1, 13,25 77:6 80:9 81:11,19 82:19 84:24 85:9 86:14,20 87:1,9 90:18 91:15 92:16 95:10

**objections**  10:5

**observed**  49:12

**obvious**  39:15

**occur**  55:2

Travis Bailey

12/13/2022
Index: occurred..problem

**occurred** 44:19

**offense** 47:14,20,21

**office** 4:25 5:1,2 32:10 49:3 54:15

**officer** 65:16

**officers** 90:1

**on-the-** 90:9

**oncoming** 22:7

**op-** 55:14

**operable** 55:14

**operate** 8:15 12:10,21 13:2,15 14:6 15:23 16:6,11 18:10 26:21 27:18,19 35:3 43:16 70:11 73:9 87:6

**operated** 28:8 70:13

**operating** 10:20 12:5 13:15,18 14:24 18:16 29:9 30:19 39:11 49:9 53:1 67:9, 11

**operators** 8:12

**Optimizer** 19:14 43:5

**options** 28:5

**organization** 58:20 74:14, 16,22 75:9

**organizing** 33:4

**originally** 24:25

**originate** 71:17 72:24

**originated** 70:15

**originates** 71:20 86:6

**originating** 73:16

**out-of-service** 71:10

**outlaw** 40:9

---

**P**

**p.m.** 95:24

**pages** 74:9

**pairs** 71:19

**panic** 15:20

**part** 31:9 35:12 44:15 50:16 53:24 60:14 66:16 69:23 72:21 76:16,17,18,20,22 80:11 91:14 92:11

**parties** 4:5

**parts** 64:20

**pass** 88:23

**passed** 39:3 88:16

**passengers** 28:7

**passing** 88:19

**past** 45:23 46:20 47:7,15 88:12 94:9

**pattern** 45:7,19

**pause** 54:12

**pedal** 51:20,21

**pedestrians** 22:6

**people** 22:6 27:11 45:25 46:21 49:11,17

**perceived** 91:8

**perception** 91:13

**performance** 65:7

**period** 44:4 53:17 57:4 58:12

**periodically** 6:19 70:17

**permanent** 57:23

**person** 25:25 26:5 74:24

**personal** 5:6

**pertinent** 92:14

**phone** 38:19 85:15,17,22, 25 86:22

**phones** 78:12

**pick** 84:14

**picture** 34:13

**piece** 27:17,18

**pilot** 13:22 14:1,3,13,22 25:3,4,5,9,13 28:2,12,14, 15,16,20 29:3,9,11 30:1,6 33:11,12,22 34:12,22 36:17 37:2,5,15,24 58:12,13 59:8, 9,19 60:11,16,22,24 61:3, 16,21 76:12,24 78:18

**84**:17,23 85:3,8 87:17,18, 22,24 95:3,9

**piloted** 33:25 64:2 86:6

**piloting** 8:12 24:21 28:25 29:19 32:17,19 34:7 36:11 85:3

**pilots** 13:15,18 35:11

**Plaintiff's** 77:13

**play** 75:17,20 76:4,11 77:11 78:25 79:9

**played** 75:22 76:17,19,22 77:15,22 78:2,23 79:13 80:5,16 82:4,12 83:5 93:24 95:6

**playing** 61:9

**point** 53:21,23 58:22 59:3 61:4 66:16 71:18 75:17 77:4 83:20 84:20 87:23

**points** 29:14

**poking** 82:7 83:8

**pool** 34:21,24,25 35:1,7,12 58:18

**pools** 24:24

**port** 34:19

**portion** 75:17,22 76:12 77:11 88:9,10

**portions** 89:25

**position** 7:9 33:16

**Positive** 17:2

**possibility** 68:19

**precise** 79:10

**prepare** 52:25

**prepared** 66:6

**present** 94:21

**pretty** 6:3 39:19 77:9

**prevent** 17:9

**prevented** 80:25

**previously** 28:19 35:4

**prior** 7:22 22:15

**problem** 40:4

Travis Bailey

12/13/2022

procedure 65:21

proceed 6:3 39:14 81:2

professional 5:3

progress 33:25

prohibit 89:25

project 33:21

property 59:8

protect 22:23

protection 17:8

protest 59:17

protocols 12:6

prove 59:3

providing 84:16

provisions 89:21 90:16,23

PTC 16:10,25 17:1,2,11,14, 21 18:3,17 20:14 21:4,14, 19,23 32:2 39:12 41:9 42:19 43:4,7

public 22:5,7,9,23,25 23:4

pull 67:8,14 69:1 83:18

pulled 39:8 41:9 57:22 61:8 93:1

purpose 59:2

purposes 4:13 8:10 93:18

pursuant 4:12 65:22

put 21:4 53:22

putting 61:7

puzzled 42:6

## Q

qualification 26:20

qualifications 26:10 27:1 44:14

qualified 9:15,18 13:1 14:17 25:2,7,12 26:1,6,21 27:2,17 28:1,3,6 29:13 30:23 31:2,8,16 33:5 34:21 36:15 37:25 67:16

qualifying 31:17 32:3

35:15,18

question 6:12,14,15,23,24 10:22 11:5,8,12,14,20,25 12:12,13 13:13 14:8 15:3, 16,23 16:17 19:3 20:21 23:18,24,25 25:16 30:14 32:6,15 34:4 44:13 49:6,24 50:8 54:4 57:15 62:14 77:1 83:22 84:1 85:4

questioned 85:20

questions 6:6 25:21 28:22 29:3 83:21 85:21 93:13 94:16 95:6

quickly 10:8,10 69:2

quiz 66:15

## R

radio 78:7,11

railing 21:2

railroad 5:1 7:12 21:14 45:7,25 46:15 47:3 54:21 82:16 93:2

railroading 15:21

ran 18:13 30:23 31:3 34:2

re-crew 70:18

read 64:19 84:9

reading 95:21

real 11:9 88:10

reason 6:12 13:2 14:12,16, 21 15:18,20,22 16:10 28:16,23 47:13 48:11 57:3 58:13 59:15 72:5 73:8,21 92:23 95:14

reasons 55:6

recall 38:6 40:8 41:19 59:11 60:6 61:18 63:7 65:10 84:10,11 85:23 92:4

receive 31:17

received 77:12 90:22

recess 48:20 54:17 83:16

recognize 66:5

recollection 94:21,23

record 68:24 72:3 76:10 77:14 93:18,25

recorded 61:10,11

recorder 8:13 39:8,9 40:21 58:25 61:8

recording 77:12 94:2

recordings 5:18

records 68:18 72:1 89:4

red 46:1,4 55:4

reduce 19:8 51:7

refer 46:1 65:19

reference 43:11 82:7 83:3, 13

referencing 85:13

refers 35:1

refreshes 90:25

refusing 90:10

Region 33:18

related 23:15

relations 58:3,7,24 59:12 62:10,11,17 63:11,17

relay 60:12 61:20

remember 23:14 24:6,10, 15 40:1 41:17,18 42:3 57:10,12 80:11 84:9,20 85:14,20 86:1 88:19 89:3 91:19 92:1,13 93:11

remote 4:7 8:11 40:24

report 33:20,24,25

reported 10:14 12:15

reporter 4:3 6:17 10:4,6 86:25 87:3 94:3 95:18

reporting 90:9,10

reports 90:15

represent 7:17

representatives 74:17

request 61:16 74:14 75:10 77:5

Travis Bailey                                                    12/13/2022
                                            Index: requested..showing

**requested** 76:18 78:17
95:3

**requesting** 36:17 37:15

**requests** 74:21

**require** 30:6

**required** 27:20

**requirements** 4:4 25:4

**reserved** 95:22

**respect** 47:3 55:8 62:20
84:4 91:6

**respects** 16:2

**response** 81:6

**responsibility** 18:15 21:6

**responsible** 10:17 18:20
19:1 20:16 21:13,25 44:1

**restricted** 70:21

**restriction** 56:16,18,25

**restrictions** 18:22,25
57:24

**Resuming** 9:12 10:2,11,23
11:19 12:1,14,24 13:8 14:9
15:4 16:4,18 18:1 19:5
20:11,22 21:9,18 22:12
23:19 25:17 26:3 27:24
30:15 32:7 33:9 36:9 37:8,
19 38:18 41:25 42:13 45:10
46:12 47:11,18,25 48:9,21
49:25 50:9,12,19 51:2,17
52:19 53:5 54:5,18 55:20
56:15 57:16 62:15,24 66:2
68:23 71:9 72:12 73:14
75:7,24 76:3,15 77:2,7,16,
23 78:3,24 79:14 80:6,10,
17 81:12,21 82:5,13,21
83:6,17 85:1,11 86:15,21
87:4,15 90:20 91:17 92:18
95:11

**retaliated** 90:9

**retaliating** 90:1

**retaliation** 91:3

**return** 68:9

**reversed** 22:17

**review** 8:13 40:12 95:17

**reviewed** 5:19 12:16 64:15
69:4

**reviewing** 95:19

**Rich** 5:4

**Richard** 33:15 35:22 63:4

**ride** 28:7 36:20 38:1 59:9,
20 68:14

**riding** 21:6 88:20

**road** 7:7,25 8:3,6 9:20
10:13 28:17 33:18 43:20,24
74:22,23 75:3,14

**Robinson** 44:7

**rode** 38:7 86:24

**role** 29:3

**room** 39:4 41:1 61:7

**rotations** 34:16

**roughly** 10:18 31:12

**route** 9:13

**rule** 22:8 44:19,22 45:5,15,
22 48:23,24 55:1

**rule-based** 45:3

**rulebook** 45:15

**rules** 4:14 8:10 29:2 44:23
55:5

**run** 11:2,22 12:19 14:4
18:18 29:20,24 30:2 32:4
34:18 42:18 43:9,10 50:1
57:25 64:8,11,14 67:23
70:6

**running** 19:25 31:23 34:19
39:15 41:10 88:18

**runs** 18:8,24 42:21 43:1

───────────

**S**

───────────

**safe** 10:19 11:3,23 12:10,
20 13:5,17 14:5,23 15:25
32:4 55:16 87:5,21

**safer** 16:14

**safety** 12:5 22:23 48:12
55:6 63:25 90:10,11

**save** 38:1

**scenarios** 8:19 51:4

**scheme** 49:15

**Scott** 62:2

**screen** 41:10 65:12 67:20
68:8 73:11,20

**screens** 72:17

**scroll** 83:19,24

**seconds** 22:14,18,20

**section** 31:2 44:20 55:23
56:23 83:19

**seg-** 94:6

**segment** 93:19 94:6

**send** 94:5,13

**senior** 7:7,25 8:3,6 9:20
10:12,13 43:20

**sense** 5:17 6:13,25 17:21
29:7 41:20 42:1,15,22
44:18 55:1 66:18 88:1 92:3,
22

**sequentially** 66:23

**series** 69:11,22

**serve** 25:3 85:8

**served** 65:15

**service** 62:4,9 70:22

**set** 8:18

**sets** 45:16

**severe** 54:20

**shape** 62:21

**share** 85:5

**sheet** 72:15,16,19,20,21,
23,24

**sheets** 67:9

**short** 22:14

**shot** 59:1

**show** 37:25 68:11 73:10,24

**showed** 36:14 67:16

**showing** 69:6

Travis Bailey

12/13/2022
Index: shows..switches

**shows** 17:4,7 43:7 69:11
72:20,21 73:15,22

**SHUPING** 4:8,11,20 10:11
11:6,9,13,18,19 14:9 16:18
18:1 20:11 45:10 48:17,21
54:11,14,18 76:3 77:16,23
78:3,24 79:14 80:6,10,17
82:5,13 83:6,15,17 87:4
93:12,21 94:7,15 95:10

**sign** 46:10

**signal** 17:6 18:11 41:11
43:6,16,17 45:23 46:1,6,7,
9,16 47:7,15 48:5

**signaled** 43:5

**signals** 9:1 17:5,6 39:14
41:11,12,14 43:7 47:3
81:23,24

**signed** 63:14

**signing** 63:15 95:20,21

**simply** 52:23

**single** 88:7

**sir** 4:21 7:6,15 10:6,24
16:21 18:4 26:4 27:10
31:14 36:1 85:19 87:3
89:23 90:4,12,21 91:10,18

**situation** 13:24 31:7 47:2
52:22 59:15

**situations** 15:7

**slamming** 52:23

**sleep** 15:19

**slide** 46:20

**slow** 39:16 41:8,22 42:10
57:3,25 79:3,5,8,16,17,21,
22 81:6 82:14 87:21 92:23

**slower** 56:8

**slowly** 30:3

**sort** 9:5 15:20 26:6,16,19
27:6 28:24 32:18 40:4 45:2
46:7,8 49:8 50:3,22 52:13
56:3 59:17 69:14 72:8 84:8
91:6

**sorts** 52:2

**sound** 24:3 81:13

**sounded** 28:4,11 78:1

**sounds** 80:12

**South** 4:24 30:24 32:11

**Southern** 8:7 11:1,21
17:11,13,16 30:22 33:18
44:24 49:10,22 65:17,21
74:25 89:7,19,25 90:7,14

**Southern's** 5:16 6:18
45:15 93:14

**speak** 10:8 57:11 62:12

**speaking** 10:10 16:20
25:24 29:4 64:20 66:25
67:5 74:10,18 86:13

**specific** 13:13 24:7 26:21
27:2

**specifically** 59:16 71:13,
14 72:1

**specifics** 13:1 25:8 28:3
29:14 31:25

**speed** 12:20 13:3,13,15,16,
18 14:5,24 15:24 16:7,11
17:7 18:12,21,22,25 19:8
20:4 29:18,21,25 30:2,5
41:15 49:11,17,22 50:1,2,5,
22 51:7,12,13,25 52:3,6,10,
12,16 53:1,9,16 55:9,11,13,
15,23 56:7,9,12,16,18,21,
23,25 57:23 64:11,14 87:7
93:8

**speeding** 48:24 51:3 54:20
55:5

**speeds** 17:7 18:11 29:15,
17

**spend** 34:6

**splash** 51:5

**splits** 88:8

**spoke** 7:13 57:11 62:10
74:23 75:3 95:2

**spoken** 40:15 91:8,12 92:6

**stamp** 66:24

**stamped** 66:21 69:10,22

**stand** 19:22 69:16

**stands** 39:23

**start** 4:8 53:17,21 76:22
80:20

**state** 72:1

**stated** 92:23

**stay** 23:5 61:11 78:19

**stayed** 20:18 53:15

**stays** 18:21 21:2

**stealing** 68:13

**step** 37:22 57:20

**steps** 12:7,16 13:10,11
33:5

**stop** 20:25 21:3,12 45:23
46:1,6,7,9,10,16 47:3,7,15
48:5 70:23

**stopped** 71:5

**straighter** 55:23

**Street** 5:4

**stretch** 32:24 43:13 55:9,
16 68:6

**stretches** 31:8

**strictly** 50:5

**struggled** 87:19

**stuff** 49:2 90:25 95:8

**submitted** 5:22

**sup-** 89:18

**superiors** 90:7

**supervise** 9:21

**supervising** 10:17

**supervisor** 11:20 42:7
44:11,16 58:14 59:25 82:3
87:25 90:13 91:11

**supervisors** 10:14 62:12,
19,22 89:18

**support** 58:5 59:1

**supposed** 45:18,19 72:7

**swearing** 4:6

**switch** 18:11 56:1,2

**switches** 9:2

Travis Bailey

12/13/2022

**sworn** 4:10,18

**system** 8:24,25 17:22 18:3, 23,24 20:7 61:9

---

**T**

---

**takes** 12:3

**taking** 39:6 40:13 51:7 72:6

**talk** 6:7 17:16 23:11 57:18 83:7 91:1

**talked** 5:11,15 41:18 52:15 55:4 56:11 57:8,9 89:17 90:6 92:4 93:9

**talking** 33:21 48:22 54:19 76:18 85:14 90:23

**tape** 80:1 93:17

**tapes** 39:8 41:7 58:10 60:24 61:5 63:9,10 74:15, 18

**task** 34:10

**taxi** 68:12,13

**taxied** 68:8

**teach** 30:11

**technology** 16:8 18:7

**telephone** 5:12 78:6

**telling** 58:3 62:11

**tells** 6:20,22 9:8 14:2

**temporary** 56:16,18,21,23, 25

**ten** 54:7,22

**terminable** 47:14

**terminal** 7:8 47:20,21 54:10 62:1 72:25

**terminate** 71:17 72:7,25

**terminated** 24:25 70:16 73:23

**terminates** 71:22

**terminating** 73:15

**terms** 49:22 52:16

**terri-** 28:2

**territory** 13:1 25:8 26:22 27:3,17 28:1,3 29:13 30:7, 23 31:8,10,18,25 32:4,25 33:3 35:3,12 39:12 41:12 43:14,16,21 44:1,9,10,15 54:25 55:2

**testify** 5:9,20

**testifying** 84:21

**testimony** 18:2 60:20 84:15 86:9

**than-permissive** 41:11

**that'll** 36:18 80:8 81:7

**there'd** 23:6

**thereabouts** 32:13

**thing** 6:17 36:24 41:4,6 53:12 56:17 59:6 81:9,17 87:20 91:4

**things** 12:15 45:6 49:15 51:24 52:2,14 56:10 90:16

**thinking** 52:13,25 54:14

**thought** 38:10 83:2

**three-minute** 94:9,10

**throttle** 19:23 52:8

**thumb** 94:3,13

**ticket** 46:25

**tie-up** 72:17

**time** 6:5,10 7:3,12 19:25 28:21 32:10,21 33:17 34:7 39:3 44:4 48:15 53:17 55:10 57:4 58:11 68:10,11, 13 79:15 84:8 86:12 88:15 91:22 92:5

**times** 45:18 52:22 70:2 79:12 81:9

**timetable** 18:12 29:18 56:8

**today** 4:23 5:10,17,20 6:18 7:19 16:9,12 28:23 84:15 89:13

**Today's** 6:3

**told** 14:11 33:12 34:6 35:21 37:9,14 38:7 59:14 60:10, 21,23 76:23 79:2 80:7,19 81:5 84:3,16,21 85:6,13

**tolerated** 50:15

**tonnage** 52:4

**tools** 16:12,15,19,21 52:5

**top** 66:24

**touching** 19:19

**tougher** 43:16

**tour** 72:2

**track** 13:18 16:11 17:3,4,11 18:22 19:1 26:22 27:3,18, 20 29:20,25 30:2,4 31:3 41:14,15 42:18 43:4,13 55:10,16 56:3,4 57:2 64:11, 14 68:6 81:2 87:7 88:3,4,6, 9,23 89:7

**tracked** 17:14

**tracks** 20:18

**tractor-trailer** 23:8

**traditionally** 58:15

**traffic** 9:5 46:9,24 49:16 80:22

**train** 8:22 9:4,8,14 10:20 11:2,22 12:5,10,19,21 13:16,18 14:4,24 15:24 17:2 18:10,14,16,21,24 20:4,17,25 21:2,4,12 22:7 27:7,16 28:9,25 34:1 36:12, 20,25 40:13,16,20 45:23 46:10,16 47:6,15 50:2 51:10 52:2,3,7,12 53:1,9,24 56:4,7,12 57:10,21,23 61:2, 23,25 64:8,11,14 67:10,11, 25 68:1,8,17 69:11 70:3,21 71:3,4,14,19,20,23 72:6 73:3,17,23 82:24 85:25 86:5,7,10 87:6 88:14,16,19, 20 95:9

**trained** 26:11

**training** 90:22,24 91:1,7,9, 14

**trains** 8:23 9:3,8 18:9 24:21,24 30:18 31:23 32:17,19 33:24 34:7,12,17, 19,22 40:10 50:5 57:3 67:23 70:11,15,17 71:16 72:19,22 73:20 78:13 80:24 88:23 89:9

Travis Bailey

12/13/2022
Index: transcribed..Yancey

**transcribed** 75:21 76:5

**transcript** 5:21 6:11 60:25 64:15 65:11 66:6,22 74:9 75:21 76:8 83:11,18 95:17, 18

**transfers** 53:24

**transmission** 51:24

**transpired** 59:13 63:1

**traveled** 68:6

**traveling** 52:3

**Travis** 4:12,16,22

**Trent** 48:15 83:12 93:16

**trip** 7:21 19:14 38:2 43:4 62:18 64:25 68:5,10

**trips** 28:1,5 31:18 32:3 34:23 35:15,18,20,23,25 36:14 42:16 59:11 64:7 67:15,19 68:16,20 70:6,14

**trouble** 49:5

**troubled** 42:6

**true** 26:20 53:18 70:9

**tune** 6:23

**turned** 38:19

**turnout** 29:17 55:25 56:6

**turnouts** 17:7 56:8

**two-week** 34:16

**tying** 68:11

**type** 8:18

**types** 48:23 55:1

**typical** 63:13

**typically** 13:24 30:4 58:2

―――――――――

**U**

**Uh-uh** 62:16 83:4 93:6

**ultimately** 19:1 21:24

**uncommon** 49:10

**uncoupling** 8:20

**understand** 6:13 10:24 12:18 15:10 19:17 29:8

33:23 34:2,3 37:13 50:21 53:23 65:20 89:24

**understanding** 30:21 35:9 95:2

**undulation** 17:4

**unfair** 66:15

**union** 58:21 59:4,25 60:1 82:1

**unique** 29:5

**unlike** 46:18

**unrelated** 15:21

**unsafe** 87:8,16,20

**unwarranted** 20:15

**uphill** 52:4

**usual** 43:25

**UTCS** 8:24,25

―――――――――

**V**

**vague** 15:6

**vary** 29:5

**vehicle** 36:22 38:23

**vehicles** 22:6

**verbatim** 63:7

**verify** 94:6

**video** 93:25

**violated** 90:16 91:14

**violation** 45:22 46:5,6 48:25 62:8 91:8

**violations** 44:19,22 45:5 48:24 55:1

**voice** 60:24 61:8 63:10 74:14,18

―――――――――

**W**

**wait** 37:4,10 59:21,22 60:8 63:25 64:6,7 78:16,19 80:20 84:13,22 87:21

**waiting** 38:11 49:1

**waive** 4:5

**walking** 57:6

**Walter** 69:18

**wanna** 5:15 6:5,21 10:5 16:23 23:2 37:10,12,13 42:7 53:22 67:16 79:18 93:23 95:13

**wanted** 40:12 41:8

**wanting** 14:18

**warn** 22:7

**warning** 23:4

**warranted** 62:8

**watch** 49:16

**week** 32:22,23

**weeks** 32:20

**whistle** 22:22

**white** 12:3 46:19

**Willie** 69:18

**witnessed** 17:23 18:2,4

**word** 79:23

**words** 53:22

**work** 8:18 25:25 26:1,5,6 27:1 28:15 33:21 36:18 56:19,22 58:21 69:24 92:9

**worked** 38:3 70:3

**working** 26:22 27:3 32:22 56:23 70:23 86:1

**works** 50:22

**worried** 40:9 63:25 64:3

**would've** 36:21 38:3 59:21 63:2,14,23 64:1,5 66:8 70:1,2 74:19 76:16,22 77:4 79:25 80:13 85:24 86:6,18, 24 87:22 93:3,10

**wound** 24:16

**wrong** 16:23 37:14 51:8 58:9 65:5,8,9 94:8,11 95:8

―――――――――

**Y**

**Yancey** 62:2

**yard** 7:21 8:19 24:21,25
31:3,4 86:1,17,19,23 88:11,
13

**year** 7:10 55:2 90:24

**years** 42:2 93:2

**yesterday** 64:18 66:9
77:12

---

## Z

**zip** 5:6

**Zoom** 4:7 54:15 66:12

---

## §

**§9-11-28(d)** 4:4